# EXHIBIT A

⏱ Limited version

**Not sure how to start?**
Check out our tutorial video and read about how to use Website Performance.

 04:35

Intro to Website Performance
📖 Read guide

How to benchmark against competitors
↗ Open article

## nhentai.net

nhentai is a free hentai manga and doujinshi reader with over 488,000 galleries to read and download.

## Traffic & Engagement

**Total visits**
📅 Jul 2024   🌐 Worldwide

**79.38M**
↑ 3.27%  from last month

**Device distribution**
📅 Jul 2024   🌐 Worldwide

● Desktop     22.55%
● Mobile Web  77.45%

| | |
|---|---|
| Global rank | #151 |
| Country rank<br>● Japan | #109 |
| Industry rank<br>Adult | #20 |

### Engagement overview ⓘ
📅 Jul 2024   🌐 Worldwide   🔀 All Traffic

| | | | |
|---|---|---|---|
| Monthly visits ⓘ | 79.38M | Deduplicated audience ⓘ BETA | |
| | | Pages / Visit ⓘ | 41.62 |
| Monthly Unique Visitors ⓘ | N/A | Visit Duration ⓘ | 00:10:50 |
| | | Bounce Rate ⓘ | 16.92% |



## Geography



# Marketing Channels



## Channels overview
Jul 2024 · Worldwide · All traffic

- Direct: 65.11%
- Email: 0.01%
- Referrals: 2.19%
- Social: 3.86%
- Organic search: 28.82%
- Paid search: 0.00%

# Organic Search

Organic search makes up **16.52%** of website traffic

## Branded vs. non-branded
Jul 2024 · Worldwide · Desktop



- Branded: 46%
- Non-Branded: 54%

## Top organic search terms
Jul 2024 · Worldwide · Desktop

| Term | Share | Change |
|---|---|---|
| nhentai | 12.45% | ↑ 17.74% |
| nhentai net | 1.47% | ↑ 13.54% |
| nhentai.net | 1.37% | ↑ 10.71% |
| n hentai | 0.40% | ↑ 54.59% |
| futanari manga | 0.29% | ↑ 34.41% |

## Paid Search

Paid search makes up **<1%** of website traffic

**Top search ads**
📅 Jul 2024  🌐 Worldwide  🖥 Desktop



**Top paid search terms**



No results
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **3.06%** of website traffic

**Top referring websites**
📅 Jul 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| theporndude.com | 54.44% | | ↑ 52.90% |
| msn.com | 10.37% | | ↑ 163.96% |
| tt1069.com | 6.49% | | ↑ 226.97% |
| similarsites.com | 1.99% | | ↑ 125.78% |
| echiman.com | 1.96% | | ↑ 137.14% |

**Top referring industries**
📅 Jul 2024  🌐 Worldwide  🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 73.65% | |
| Programming and Developer Software | 9.91% | |
| Video Games Consoles and Accessories | 4.65% | |
| News and Media | 2.73% | |
| Search Engines | 2.72% | |

## Outgoing Traffic

**Top link destinations**
📅 Jul 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| tsyndicate.com | 48.79% | | ↑ 66.50% |
| google.com | 32.72% | | ↑ 201.98% |
| x.com | 2.34% | | ↑ 540.56% |
| outlook.live.com | 1.78% | | ↑ 1,853.89% |
| mangadex.org | 1.48% | | ↓ 7.82% |

## Outgoing Ads

**Top ad destinations**
📅 Jul 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| glauhouptah.com | 34.85% | | - |
| mail.google.com | 19.42% | | - |
| koogriceek.com | 16.97% | | ↓ 5.72% |
| afqhsck.cc | 5.56% | | - |
| 1xlite-324518.top | 3.63% | | - |





