A. Eric Bjorgum (State Bar No. 198392)
Marc A. Karish (State Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
E-Mail: eric.bjorgum@kb-ip.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>vs.<br><br>JOHN DOES 1 - 20 d/b/a, NHENTAI.NET<br><br>Defendants. | Case No.: 2:24-cv-07453- FLA-AJR<br><br>**PLAINTIFF PCR DISTRIBUTING CO.'S *EX PARTE* MOTION FOR EARLY DISCOVERY**<br><br>**Date:** October 4, 2024<br>**Time**: 1:30 p.m.<br>**Place:** First Street Courthouse Courtroom 6B, 6th Floor<br>**Judge:** Hon. Fernando L. Aenlle-Rocha |

I, Jason Tucker, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director and the founder of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our

PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 1

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

clients include or have included award-winning production companies, publishers, media, technology, and physical product corporations, internet advertising networks, documentarians, filmmakers, photographers, influencers, news outlets, and award-winning entertainment studios.

3. I have been in the business of legal adult entertainment productions (both on and off the Internet), marketing, and management at an executive level for over twenty (20) years, serving for over six (6) years as President of a company that owned and licensed one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation, for the rollout of several versions of Windows Media and in the development and rollout of their Digital Rights Management technology, Akamai Technologies, and others.

5. As an experienced executive within the entertainment industry, I have been featured and quoted in publications including Financial Times, Newsweek, BusinessWeek, Torrent Freak, USA Today, Wired, and the Washington Post. I am frequently requested to speak on panels and at seminars at industry events on various industry-related topics and trends.

6. I have been involved in more than fifty federal lawsuits brought against a range of defendants for copyright infringement and have served as an expert witness in similar proceedings.

PLAINTIFF'S MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 2

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

7. PCR Distributing Company ("Plaintiff") retained Battleship Stance, Inc. to investigate copyright violations and assist in certain litigation to enforce its intellectual property rights, including violations on nHentai.net.

8. I have inspected, investigated, and researched the domain and website nHentai.net ("nHentai").

9. NHentai uses registrar-provided privacy services to hide the actual identities of the owners and operators.

10. NHentai uses Namecheap, Inc. a Delaware company, based in Phoenix, Arizona as its registrar.

11. NHentai uses Cloudflare, Inc., located in California, as their domain name server provider.

12. NHentai.to uses Cloudflare's Insights Analytics product.

13. I sent DMCA takedown notices on behalf of Plaintiff to the email address listed on the info page of NHentai, as well as directly to Cloudflare, Inc. and Namecheap, Inc. The notices were successfully delivered, and I did not receive any bounce-back notifications indicating that the email address was invalid.

14. After a thorough investigation, neither the Plaintiff nor I have discovered any additional information that could identify the Defendants, other than what may be held by the domain privacy service, registrar, or other service providers.

PLAINTIFF'S MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 3

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 5TH day of September 2024 at Las Vegas, Nevada.

*/s/ Jason Tucker*
Jason Tucker

PLAINTIFF'S MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 4

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070