A. Eric Bjorgum (State Bar No. 198392)
Marc A. Karish (State Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
E-Mail: eric.bjorgum@kb-ip.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>vs.<br><br>JOHN DOES 1 - 20 d/b/a, NHENTAI.NET<br><br>Defendants. | Case No.: 2:24-cv-07453- FLA-AJR<br><br>**PLAINTIFF PCR DISTRIBUTING CO.'S MOTION FOR EARLY DISCOVERY**<br><br>**Date:** October 4, 2024<br>**Time**: 1:30 p.m.<br>**Place:** First Street Courthouse<br>350 W. 1st Street<br>Courtroom 6B, 6th Floor<br>Los Angeles, California 90012<br>**Judge:** Hon. Fernando L. Aenlle-Rocha |

I, A. Eric Bjorgum, under penalty of perjury, declare and state as follows:

1. I am an attorney at law licensed to practice before the state and federal Courts in the State of California. I am a principal attorney with the Karish & Bjorgum, PC, attorneys for Plaintiff PCR Distributing Company. Unless otherwise

DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 1

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

1  stated, I have personal knowledge of the facts contained herein in this declaration
2  and, if called and sworn as a witness, could and would competently testify thereto.
3      2. I have sent emails to the following vendors associated with
4  nHentai.net: (1) Namecheap, Inc. (2) Cloudflare, Inc., and (3) Lanoto Solutions Inc.
5  I asked each one if it would honor my request for information about nHentai.net
6  without a subpoena. Only Namecheap responded, and it claimed that it was not the
7  registrar for nHentai.net. However, it was the registrar when this action was filed
8  in August 20, 2024.
9      3. In previous litigation, I have had direct contact with Cloudflare, Inc.
10 regarding the production of information without a subpoena. They previously
11 indicated that they would comply with a subpoena seeking information about their
12 customers who are accused of copyright infringement (and have done so) but that
13 they would not produce any information without a subpoena.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 6th day of September 2024 at Pasadena, California.

                 /s/ A. Eric Bjorgum
                A. Eric Bjorgum

DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY
Case No. 2:24-cv-07453
- 2

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070