1  A. Eric Bjorgum (State Bar No. 198392)
2  Marc A. Karish (State Bar No. 205440)
   KARISH & BJORGUM, PC
3  119 E. Union St., Suite B
4  Pasadena, California 91103
   Telephone: (213) 785-8070
5  Facsimile: (213) 995-5010
6  E-Mail: eric.bjorgum@kb-ip.com

7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11

12 | PCR DISTRIBUTING CO., a company | Case No.: 2:24-cv-07453- FLA-AJR
   | organized under the laws of California, |
13 |                                          | [PROPOSED] ORDER GRANTING
14 | vs.                                      | PLAINTIFF'S MOTION FOR
                                              | EARLY DISCOVERY
15 | JOHN DOES 1 - 20 d/b/a,
   | NHENTAI.NET
16 |
17 |              Defendants.
18

19     The Court, having read all papers filed in connection with the Plaintiff's *Ex
20 Parte* Motion for Early Discovery, having considered the issues raised therein,
21 including the requirements of the Cable Privacy Act, 47 U.S.C. § 551, and being
22 otherwise fully advised, it is hereby ORDERED that the Motion is **GRANTED** as
23 set forth below.
24     1.    Pursuant to Federal Rules 26(d) and 45, PCR Distributing Company
25 ("Plaintiff") is authorized to serve subpoenas on third parties it has identified as
26

providing services to Defendants: (1) NameCheap, Inc., (2) Cloudflare, Inc., and (3) Lanoto Solutions Inc. (the "Service Providers"). Through these subpoenas, Plaintiff may demand the production of electronically stored information and other documents and information that will reasonably lead to the discovery of Defendants' identities and locations. This includes but is not limited to names, addresses, login information, billing and transaction records, account information, server logs and IP addresses, email exchanges, and IP login information related to the accounts for the NHentai.net domain name.

  2. Because Plaintiff has not yet identified or located the Defendants in this case, it may serve subpoenas pursuant to this Order without complying with the requirement of Federal Rule of Civil Procedure 45(b)(1) that it provide notice to Defendants before serving the subpoenas.

  3. The Court has considered the requirements of the Cable Privacy Act (47 U.S.C. § 551) and determined that this Order complies with the Act's requirements.

  4. Plaintiff shall use the information obtained through the discovery set out above only to prosecute the claims in its Complaint and for no other purpose.

DATED: _____

                _____
                Hon. Fernando L. Aenlle-Rocha
                United States District Judge