**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PCR Distributing Co<br><br>v.<br><br>John Does<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cv-07453 FLA(AJRx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____        _____
Date                                                  United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Closed case 2:24-mc-00084 JFW(PVCx) was a request to issue a subpoena and is not related to 2:24-cv-07453 FLA(AJRx)

September 10, 2024                           Hon. John F. Walter
Date                                                  United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:24-mc-00084 JFW(PVCx)  and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*