UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-07453-FLA (AJRx) | Date | September 25, 2024 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: REFERRAL OF MOTION OF PLAINTIFF PCR DISTRIBUTING CO. TO EXPEDITE DISCOVERY TO DETERMINE IDENTITY OF DEFENDANTS (DKT. 10)**

Pursuant to the instruction of District Judge Fernando L. Aenlle-Rocha, the Motion to Expedite Discovery to Determine Identity of Defendants (CM/ECF No. 10) filed by Plaintiff PCR Distributing Co., is referred to Magistrate Judge A. Joel Richlin.

**CC: Magistrate Judge A. Joel Richlin**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | tf |