Glenn T. Litwak SBN 91510
Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suit 300
Santa Monica, California 90401
Tel: (323) 518-2826; Fax (310) 207-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., <br> Plaintiff(s) <br> v. <br> JOHN DOES <br> Defendant(s). | CASE NUMBER <br> 2:24−cv−07453−FLA−AJR <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rynell, Jennifer M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(972) 248-8080          (972) 248-8088
*Telephone Number*       *Fax Number*
eservice@wwrlegal.com
*E-Mail Address*

of

Wilson Whitaker Rynell
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

John Does d/b/a nHentai.net

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Litwak, Glenn T.
*Designee's Name (Last Name, First Name & Middle Initial*
91510          (323) 518-2628          (310) 207-4180
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
glenn@glennlitwak.com
*E-Mail Address*

of

Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

Dated: