Glenn T. Litwak SBN 91510
Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suit 300
Santa Monica, California 90401
Tel: (323) 518-2826; Fax (310) 207-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., <br><br> Plaintiff(s) <br><br> v. <br><br> JOHN DOES <br><br> Defendant(s). | CASE NUMBER <br><br> 2:24−cv−07453−FLA−AJR <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wilson, John T.                of    Wilson Whitaker Rynell
*Applicant's Name (Last Name, First Name & Middle Initial*          Wilson Legal Group P.C.
(972) 248-8080            (972) 248-8088              16610 Dallas Parkway, Suite 1000
*Telephone Number*          *Fax Number*             Dallas, Texas 75248
eservice@wwrlegal.com
          *E-Mail Address*              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

John Does d/b/a nHentai.net

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Litwak, Glenn T.                of    Law Offices of Glenn T. Litwak
*Designee's Name (Last Name, First Name & Middle Initial*          201 Santa Monica Blvd., Suite 300
91510            (323) 518-2628    (310) 207-4180      Santa Monica, California 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
glenn@glennlitwak.com
          *E-Mail Address*              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:    ☐  for failure to pay the required fee.

☐  for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐  for failure to complete Application: _____

☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐  because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

Dated:

G-64 Order (05/16)       (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 1