John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice Applications to be Submitted*
Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR OPERATORS OF NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET<br><br>*Defendants* | Case No. 2:24-cv-07453- FLA-AJR<br><br>**NHENTAI.NET'S RESPONSE TO PLAINTIFF'S MOTION FOR EARLY DISCOVERY**<br><br>Date: October 4, 2024; 1:30 p.m.<br>Place: First Street Courthouse<br>350 W. 1st Street<br>Courtroom 6B, 6th Floor<br>Los Angeles, California 90012<br>Judge: Hon. Fernando L. Aenlle-Rocha |

TO THE HONORABLE COURT:

The operators of the nhentai.net website ("Nhentai.net") whose information is the subject of PCR Distributing, Co.'s ("Plaintiff" or "PCR") Motion for Early Discovery (Dkt. No. 10) hereby notify the Court and counsel for Plaintiff that Nhentai.net intends to file a Motion for Protective Order and to permit any potential Nhentai.net-related defendants to proceed anonymously. Counsel for Nhentai.net has only recently learned of the early discovery proposed by Plaintiff into information of a highly confidential and sensitive nature, including Nhentai.net's "***login information*, *billing and transaction records, account information, server logs and IP addresses, email exchanges, and IP login information*** related to the Defendants' accounts for the NHentai.net domain name." Dkt. No. 10 at 7, lines 10-14 (emphasis added). Among other things, Plaintiff's request implicates serious data privacy concerns relating to Nhentai.net's login information. Plaintiff is also broadly requesting Nhentai.net's private and highly confidential financial information such as billing and transaction records and account information, which would necessarily include payment information such as complete credit card numbers. Plaintiff does not propose any protections for such information being made public.

Prior to deciding Plaintiff's Motion for Early Discovery (Dkt. No. 10), Nhentai.net respectfully asks this Court to permit Nhentai.net to file motions for protection relating to the information sought by Plaintiff's overly broad and highly improper requests and how it may be used in this case going forward.

Dated: September 26, 2024           By: _____
                                    John T. Wilson*
                                    Texas Bar No. 24008284
                                    Jennifer M. Rynell*
                                    Texas Bar No. 24033025
                                    eservice@wwrlegal.com
                                    **WILSON WHITAKER RYNELL**
                                    Wilson Legal Group P.C.

16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications to be Submitted*

Glenn T. Litwak
State Bar No. 91510
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**Attorneys for Operators of Nhentai.net**

# CERTIFICATE OF SERVICE

On September 26, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California via CM/ECF. I hereby certify that I thereby have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local Rules.

/s/ *[signature]*