# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-07453-FLA-AJR                               Date: September 30, 2024
                                                               Page 1 of 2

Title: PCR Distributing Co. v. John Does, doing business as Nhentai.net

DOCKET ENTRY: **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY (DKT. 10)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS)**

On August 30, 2024, PCR Distributing Co. ("Plaintiff") filed a complaint (the "Complaint") alleging various copyright infringement claims against "John Does 1-10, d/b/a nHentai.net" ("Defendants"). (Dkt. 1.) On September 7, 2024, Plaintiff filed a Motion for Early Discovery (the "Motion"). (Dkt. 10, "Motion.") On September 25, 2024, the District Judge referred the Motion to the undersigned Magistrate Judge. (Dkt. 13.) Also on September 25, 2024, the Court took the Motion under submission without additional argument or briefing. (Dkt. 24.) On September 26, 2024, the Operators of Nhentai.net filed a Response to Plaintiff's Motion for Early Discovery (the "Response"). (Dkt. 17.) The Response asks this Court to permit Nhentai.net to file a motion for protection relating to the information sought by Plaintiff's Motion. (Id.)

The Court hereby GRANTS the Response of Nhentai.net and sets the following briefing schedule:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-07453-FLA-AJR                                    Date: September 30, 2024
                                                                                             Page 2 of 2

Title:  PCR Distributing Co. v. John Does, doing business as Nhentai.net

1. Nhentai.net shall have until **October 14, 2024** to file an opposition to Plaintiff's Motion;
2. Plaintiff shall have until **October 21, 2024** to file an optional reply; and
3. The Court sets a hearing on Plaintiff's Motion for **October 30, 2024 at 9:30am**.  The Court is located in Courtroom 780 of the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012.

IT IS SO ORDERED.