John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR OPERATORS OF NHENTAI.NET**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California, | Case No. 2:24-cv-07453- FLA-AJR |
| *Plaintiff* | **[PROPOSED] ORDER ON THE OPERATORS OF NHENTAI.NET'S MOTION FOR PROTECTIVE ORDER FROM PLAINTIFF'S MOTION FOR EARLY DISCOVERY** |
| vs. | |
| JOHN DOES 1-20 d/b/a NHENTAI.NET | |
| *Defendants* | |

After considering the operators of the nhentai.net's ("Nhentai.net") Motion for Protective Order from Plaintiff PCR Distributing, Co.'s ("PCR" or "Plaintiff") Request for Early Discovery ("Motion"), all filings relating thereto, and the evidence and arguments of counsel, IT IS HEREBY ORDERED as follows:

The Court DENIES Plaintiff's Motion for Early Discovery.

The Court finds that there is good cause for issuance of a protective order and GRANTS a protective order shielding from Plaintiff's request for early discovery the following information re Nhentai.net: login information, billing and transaction records, account information, server logs and IP addresses, email exchanges, and IP login information related to the Defendants' accounts for the NHentai.net domain name.

The Court further GRANTS a protective order shielding any identifying information obtained by Plaintiff from disclosure other than to outside counsel of record for the parties in this case. Any identifying information obtained by Plaintiff is ORDERED to be treated as confidential and shall not be made public in any manner until further order of the Court.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE