1  A. Eric Bjorgum (State Bar No. 198392)
2  Marc A. Karish (State Bar No. 205440)
   KARISH & BJORGUM, PC
3  119 E. Union St., Suite B
   Pasadena, California 91103
4  Telephone: (213) 785-8070
5  Facsimile: (213) 995-5010
   E-Mail: eric.bjorgum@kb-ip.com
6
7  Attorneys for Plaintiff PCR DISTRIBUTING CO.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

| PCR DISTRIBUTING CO., a company organized under the laws of California, vs. JOHN DOES 1 - 20 d/b/a, NHENTAI.NET Defendants. | Case No.: 2:24-cv-07453- FLA-AJR<br><br>**DECLARATION OF ERIC BJORGUM IN SUPPORT OF PLAINTIFF PCR DISTRIBUTING CO.'S REPLY RE MOTION FOR EARLY DISCOVERY AND OPPOSTION TO DEFENADNT NHENTAI.NET'S MOTION FOR PROTECTIVE ORDER**<br><br>**Date:** October 30, 2024<br>**Time**: 9:30 a.m.<br>**Place:** Courtroom 780<br>Roybal Fed. Bldg.<br>225 E. Temple St.<br>Los Angeles, California 90012<br>**Judge:** Hon. A. Joel Richlin |
|---|---|

DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY AND IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER
Case No. 2:24-cv-07453
- 1

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

I, A. Eric Bjorgum, under penalty of perjury, declare and state as follows:

1. I am an attorney at law licensed to practice before the state and federal Courts in the State of California. I am a principal attorney with the Karish & Bjorgum, PC, attorneys for Plaintiff PCR Distributing Company. Unless otherwise stated, I have personal knowledge of the facts contained herein in this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. Before this matter was filed, I filed a separate action under the Digital Millenium Copyright Act seeking information regarding the identity of the owners of Defendant nhentai.net. That action was styled as *In re; DMCA Subpoena to Cloudflare, Inc.*, Case No. 2:24-mc-00084-JFW-PVC (the "DMCA Action").

3. Soon after the DMCA Action was filed, I was contacted by counsel for nhentai.net, who is the same counsel representing nhentai.net in this action. Nhentai.net's counsel filed a Motion to Quash the subpoena. The Motion to Quash did not mention any "permission" or an agreement with my client. Attached hereto as Exhibit A is a true and correct copy of the Motion to Quash filed in the DMCA Action. This is the third time Defendant's counsel has attempted to prevent my client from learning Defendant's identity.

4. The server log files sought here contain IP addresses tied to the login actions, uploads, and other actions carried out by the operators of the website(s) – not end users. Each time the operator logs into the nhentai.net website servers, uploads content, or takes administrative actions, server log files capture the IP addresses associated with those activities. By analyzing this data, a party can establish a pattern of behavior and correlate the IP addresses with specific geographic locations and internet service providers.

5. The website at issue in this case does not permit end users to upload content, and Plaintiff does not seek to learn the identities of end users. Attached

DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY AND IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER
Case No. 2:24-cv-07453
- 2

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070

hereto as Exhibit B is a true and correct copy of an email message from me to Defendant's counsel confirming that we are not seeking information regarding end users.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 21st day of October, 2024 at Pasadena, California.

                                           _/s/ A. Eric Bjorgum_____
                                           A. Eric Bjorgum

DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY AND IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER
Case No. 2:24-cv-07453
- 3

KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
(213) 785-8070