UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07453-FLA-AJR | Date | October 30, 2024 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Claudia Garcia-Marquez | C/S 10/30/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| A. Eric Bjorgum | Jennifer M. Rynell<br>John T. Wilson |

**Proceedings:** MINUTES OF HEARING ON MOTION TO EXPEDITE DISCOVERY AND MOTION FOR PROTECTIVE ORDER (DKTS. 10 & 21)

    On October 30, 2024, the Court held a hearing on Plaintiff's Motion to Expedite Discovery, (Dkt. 10), and the Motion for Protective Order filed by the operators of NHentai.net. (Dkt. 21.) Plaintiff's Motion to Expedite Discovery sought information needed to effectuate service of the Complaint. (Dkt. 10 at 4.) The Motion for Protective Order raises concern about Plaintiff potentially seeking information beyond that which is needed to serve the Complaint such as confidential billing and electronic access information. (Dkt. 21 at 5.)

    At the hearing, the operators of NHentai.net agreed to accept service of the Complaint and appear in the case. Accordingly, both motions appear likely to be moot. The parties agreed to meet and confer on next steps immediately following the hearing and file a joint status report in two weeks. Thus, the Court directs Plaintiff and the operators of NHentai.net to file a joint status report by **November 13, 2024**. The joint status report should discuss service of the Complaint, the timing of a responsive pleading, whether there are any disputes related to discovery, and anything else the parties would like to raise before the Court. The Court reserves ruling on the motions until after it reviews the joint status report.

    IT IS SO ORDERED.

<u>00:18</u>