| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Eric Bjorgum |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT |
| **Date:** | Thursday, November 7, 2024 2:51:57 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

   Account Number: 5354504
   Court: CALIFORNIA CENTRAL DISTRICT COURT
   Amount: $34.00
   Tracking Id: ACACDC-38545769
   Approval Code: 00665G
   Card Number: ************3631
   Date/Time: 11/07/2024 05:50:22 ET

NOTE: This is an automated message. Please do not reply