PLAINTIFF'S

# EXHIBIT 2

A. Eric Bjorgum (State Bar No. 198392)
Marc A. Karish (State Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
E-Mail: eric.bjorgum@kb-ip.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>vs.<br><br>JOHN DOES 1 - 20 d/b/a, NHENTAI.NET<br><br>Defendants. | Case No.:  2:24-cv-07453- FLA-AJR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EARLY DISCOVERY** |

    The Court, having read all papers filed in connection with the Plaintiff's *Ex Parte* Motion for Early Discovery, having considered the issues raised therein, including the requirements of the Cable Privacy Act, 47 U.S.C. § 551, and being otherwise fully advised, it is hereby ORDERED that the Motion is **GRANTED** as set forth below.

    1.    Pursuant to Federal Rules 26(d) and 45, PCR Distributing Company ("Plaintiff") is authorized to serve subpoenas on third parties it has identified as

providing services to Defendants: (1) NameCheap, Inc., (2) Cloudflare, Inc., and (3) Lanoto Solutions Inc. (the "Service Providers"). Through these subpoenas, Plaintiff may demand the production of electronically stored information and other documents and information that will reasonably lead to the discovery of Defendants' identities and locations. This includes but is not limited to company and/or individual names, physical addresses, billing and transaction records related to the owner (not credit card numbers), account information, server log files and IP addresses, and contact email addresses related to the accounts for the NHentai.net and NHentai.to domain names.

2.      Because Plaintiff has not yet identified or located the Defendants in this case, it may serve subpoenas pursuant to this Order without complying with the requirement of Federal Rule of Civil Procedure 45(b)(1) that it provide notice to Defendants before serving the subpoenas.

3.      The Court has considered the requirements of the Cable Privacy Act (47 U.S.C. § 551) and determined that this Order complies with the Act's requirements.

4.      Plaintiff shall use the information obtained through the discovery set out above only to prosecute the claims in its Complaint and for no other purpose.

DATED:  _____

_____

Hon. A. Joel Richlin
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR EARLY DISCOVERY
2