UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07453-FLA-AJR | Date | November 25, 2024 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| | Claudia Garcia-Marquez | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| | N/A | N/A |

**Proceedings (In Chambers):** ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE

On October 30, 2024, the Court held a hearing on Plaintiff's Motion to Expedite Discovery, (Dkt. 10), and the Motion for Protective Order filed by the operators of NHentai.net. (Dkt. 21.) Plaintiff's Motion to Expedite Discovery sought information needed to effectuate service of the Complaint. (Dkt. 10 at 4.) The Motion for Protective Order raises concern about Plaintiff potentially seeking information beyond that which is needed to serve the Complaint such as confidential billing and electronic access information. (Dkt. 21 at 5.)

At the hearing, the operators of NHentai.net agreed to accept service of the Complaint and appear in the case. Accordingly, both motions appeared likely to be moot. The parties agreed to meet and confer on next steps immediately following the hearing and file a joint status report by November 13, 2024.

On November 13, 2024, the parties filed a Joint Status Report. The Court has reviewed the Joint Status Report and believes that an informal discovery conference to further discuss the issues would be helpful. **Accordingly, the Court schedules an informal discovery conference to occur by video on December 2, 2024 at 10:00 a.m. PST.**[1] The Court's Courtroom Deputy Clerk will email counsel for the parties a link to join the videoconference.

IT IS SO ORDERED.

---

[1] If this date and time do not work for the parties, they should discuss amongst themselves alternative dates and times during this same week and jointly email the Court proposed options (AJR_Chambers@cacd.uscourts.gov).