"EXHIBIT 1"

| | |
|---|---|
| **From:** | David Goldberg |
| **To:** | hey@nhentai.net |
| **Subject:** | Permission granted to host our content: J18 Publishing |
| **Date:** | Thursday, October 29, 2020 8:32:55 PM |
| **Attachments:** | banner example 2.png |
| | banner example 1.png |

To whom it may concern,

Right from the beginning, I want to stress this isn't a takedown request or a DMCA. I've spent enough time sailing the high seas myself to know that they're pointless and nobody listens to them anyway.

My name is David, though you might know me better as Rotoscopic. I'm a scanlator, now serving as the managing editor at the manga publisher J18, the publisher of manga like 40hara's Iyapan, Satou Kuuki's NetoSis doujinshi, and a couple others. (We also work closely with JAST, visual novel publisher of games like Steins;Gate, YOU and ME and HER, and SaDistic BlooD.)

We know people don't always have the money to buy official releases, or just don't want to pay from them. We know the only reason that any market at all for anime or manga exists in the West is because of piracy, so we're not interested in trying to fight any sites about this stuff.

However, a few months ago, we were able to strike a deal with the admin over at exhentai about what to do about properties to which we have the rights being uploaded to their site. When the raw scans, scanlations, or rips of properties to which we own or manage the rights get uploaded, we're able to slap a banner over the top, like so. I've attached two examples of what that looks like to this email.

The banners aren't meant to be intrusive, they don't move, they don't try to shame or make you feel bad. They're just there so that fans who want to own physical, uncensored, english-language versions of the doujinshi they love so much can purchase them. We try to make it as easy and convenient as possible for people to get them, and we just want to be able to give them the chance.

Is there any chance we'd be able to do something like this on nhentai? We don't want to try to take down any of our galleries-- we just want people to have a simple, safe, and easy way of getting to our site where they can buy physical copies of the comics they love.

If this is something that could possibly happen, I'd be delighted to hear back from you. We already have a lot of banners prepared that we've been using on exhentai, and we would be happy to know that all of nhentai's devoted browsers now also have the option to support doujinshi creators through us while being able to own physicals of their favorite artists' uncensored work.

I'll be looking forward to your response. Thanks for hearing me out, and I hope that you're staying safe and staying happy.

Best,
David Goldberg

JAST Create
Managing Editor