# "EXHIBIT 2"

| | |
|---|---|
| **From:** | David Goldberg (via Google Sheets) |
| **To:** | maou@nhentai.net |
| **Subject:** | Nhentai Gallery Banners - Invitation to comment |
| **Date:** | Wednesday, December 23, 2020 7:37:47 PM |

goldberg@jastusa.com has invited you to comment on the following spreadsheet:

### Nhentai Gallery Banners

Hello Maou,

This is a spreadsheet containing links to all the galleries on which we would currently like to host banners. A folder containing the banners themselves will follow shortly!

Thanks,
David

[Open in Sheets]

goldberg@jastusa.com is outside your organization.

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because goldberg@jastusa.com shared a spreadsheet with you from Google Sheets.