# "EXHIBIT 3"

| | |
|---|---|
| **From:** | Gavin Wink |
| **To:** | Maou |
| **Subject:** | Re: J18 Banner Ads |
| **Date:** | Tuesday, November 2, 2021 6:27:43 AM |

Any word back on this?

On Thu, Sep 16, 2021 at 1:52 AM Gavin Wink <gavin@jastusa.com> wrote:
> Got two things in mind!
>
> First, I'd like to run banner ads on uploads of our manga that link back to the official store where you can buy them. I *don't* want to takedown the uploads of our titles, just give people an easy option for purchasing them if they do enjoy. So those would be banners on specific pages.
>
> Second, we're running a sale here soon, so I was wondering about shorter term adspace on general areas of the site, and how much that would cost. It'll probably run for about a month or so? That's the current thinking, anyway.
>
> Any estimates on those two propositions?
>
> On Thu, Sep 16, 2021 at 12:29 AM Maou <maou@nhentai.net> wrote:
>> Hey there,
>>
>> Thanks for your interest.
>>
>> Do you have a budget and/or any types of ads/positions you're interested in testing/purchasing?
>>
>>
>> Gavin Wink wrote on 9/15/21 9:21 PM:
>> > Hello there!
>> >
>> > Gavin Wink, new marketing hire here at J18. I know we've talked
>> > briefly about running ads on your sites, but the talks fell through.
>> > Well, I'd like to open that line of discussion again, if possible! How
>> > do I go about purchasing adspace on your site?