# "EXHIBIT 4"

| | |
|---|---|
| **From:** | David Goldberg |
| **To:** | hey@nhentai.net |
| **Cc:** | Maou |
| **Subject:** | Re: nhentai content banners |
| **Date:** | Wednesday, August 4, 2021 3:23:02 AM |

To whom it may concern,

About half a year ago, I was talking with Maou from nhentai.net about the possibility of putting banners on nhentai galleries of content to which we own the rights to direct people to our storefront where they can purchase the actual book, but I haven't heard back in a while. I'm reaching out again to see if this is still on the table!

We've been releasing a lot of content from pretty popular artists lately, and we actually have our first tankoubon release (the first of many) set up to drop tomorrow. We'd love to be able to help direct passionate fans of authors to where they can offer their support, but without an open line of communication to you, we can't do this.

We've had great success with our banners on e-hentai, and we're hoping to replicate the system we have there with you folks at nhentai. Whatever you need, we're happy to give it to you, whether that's just a list of galleries and banners or a whole spreadsheet.

I'm looking forward to hearing back from you, and hopefully we can put together a working system to show people where they can support the artists they care about!

Best,
David