# "EXHIBIT 5"

| From: | David Goldberg |
|---|---|
| To: | hey@nhentai.net; Maou |
| Subject: | Options for promoting official releases? |
| Date: | Thursday, April 21, 2022 11:15:48 PM |

To whom it might concern,

Hello again! I'm David Goldberg, managing editor of the English-language doujinshi publisher J18 Publishing. Last year in 2021, I was able to talk with Maou briefly about pointing readers of nhentai galleries toward where they can read the official version of the release. Since then, we've made some updates to our site hmarket.io and greatly increased our available volume of content, and we're only continuing to grow. We've also branched out into merchandise production, and we're going to have some pretty wonderful goods dropping around Anime Expo!

Currently, we've been working with E-Hentai to have a simple banner that points people in the direction of our website where they have a choice whether or not to support the artist by purchasing one of our high-quality English releases. We know that reading doujinshi for free is pretty deeply ingrained in doujinshi culture, and we'd like to work **together** with nhentai to help people get in contact with the artists they love so much.

Additionally, we'd be happy to send along some of our books and merch to a P.O. box or address of your choice, free of charge. If nhentai is able to help promote where fans can go to buy physical, translated versions of their favorite books, or where people can buy merchandise that supports the people creating the artwork they enjoy, that would be a significant boon to the community at large, and continue to help doujinshi culture flourish at a time when there are other companies who may not be willing to foster or engage with this culture.

I'd love to work together with nhentai in the future to keep the doujinshi scene outside Japan alive and well, and a simple pointer toward where fans can buy the official English releases would be a great place to start. We'd be happy to send you some books and merchandise so that you can understand the quality of what you'd be helping to promote.

If you have any questions at all, please message me and let me know. I'm always around and happy to explain anything that might be uncertain.

Best,
David Goldberg