John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Admitted Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California, <br><br> *Plaintiff* <br><br> vs. <br><br> JOHN DOES 1-20 d/b/a NHENTAI.NET, <br><br> *Defendants* | Case No. 2:24-mc-07453-FLA-AJR <br><br> **DECLARATION OF JENNIFER M. RYNELL IN SUPPORT OF NHENTAI.NET'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)) AND STRIKE (FED. R. CIV. P. 12(f))** <br><br> Date: February 7, 2025; 1:30 p.m. <br> Place: Roybal Federal Building and U. S. Courthouse, Courtroom 6B, 6th Floor, 255 E. Temple Street Los Angeles, California 90012 <br> Honorable Judge Fernando L. Aenlle-Rocha |

I, Jennifer M. Rynell, hereby state and declare as follows:

1. I am a partner in the law firm of Wilson Whitaker Rynell in Dallas, Texas and one of the attorneys for Nhentai.net admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts stated herein.

2. I provide this declaration in support of Nhentai.net's ("Nhentai.net") Motions to Dismiss and/or Strike.

3. Attached as **Exhibit A** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TX0009380863.

4. Attached as **Exhibit B** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TX0009312666.

5. Attached as **Exhibit C** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TXu002409564.

6. Attached as **Exhibit D** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TXu002417803.

7. Attached as **Exhibit E** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TXu002390196.

8. Public records for JAST (USA) INC. show that it has an entirely separate status as a "stock corporation" with what appears to be different ownership.

9. Attached as **Exhibit F** is a true and correct copy of the Articles of Incorporation of a General Stock Corporation for JAST (USA) INC.

10. Attached as **Exhibit G** is a true and correct copy of the Articles of Incorporation of a General Stock Corporation for PCR Distributing Co.

11. As shown in **Exhibits A, B, C, D, and E**, the Copyright Office catalog does not indicate that any of the alleged copyrighted material is in the form of videos or images.

12. I last visited https://nhentai.net/g/312283/ on January 6, 2025. On that date, this website indicated that the first page of the book "Submission Eternal My

Lady, My Master," was uploaded 4 years and 8 months ago, i.e., in mid-2020.

13. I last visited https://nhentai.net/g/208694/ on January 6, 2025. On that date, this website indicated that the first page of the book "Hey…Let's Do It," was uploaded 7 years and 3 months ago, i.e., in the fall of 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2025 in Dallas, Texas.

*Jennifer M. Rynell*

**CERTIFICATE OF SERVICE**

On January 6, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California via CM/ECF. I hereby certify that I thereby have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local Rules.

/s/ *Jennifer M. Rynell*