# "EXHIBIT A"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TX0009380863
Search Results: Displaying 1 of 1 entries

*Hey... Let's Do It.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009380863 / 2023-10-05 |
| **Application Title:** | Hey... Let's Do It. |
| **Title:** | Hey... Let's Do It. |
| **Description:** | Book. |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego, CA, 92121. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: English translation. |
| **Pre-existing Material:** | text, artwork, Original Japanese text, original artwork. |
| **Basis of Claim:** | English translation. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | JAST USA |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page