# "EXHIBIT B"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TX0009312666
Search Results: Displaying 1 of 1 entries



*Submission Eternal My Lady, My Master.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009312666 / 2023-03-22 |
| **Application Title:** | Submission Eternal My Lady, My Master. |
| **Title:** | Submission Eternal My Lady, My Master. |
| **Description:** | Book. |
| **Copyright Claimant:** | PCR Distributing. Address: 5450 Complex St. 302, San Diego, CA, 92123. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2023-03-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | PCR Distributing, employer for hire; Domicile: United States. Authorship: English translation. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | PCR Distributing |



**Save, Print and Email (Help Page)**

Select Download Format   Full Record   Format for Print/Save
Enter your email address:   Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page