# "EXHIBIT C"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002409564
Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

*Demihumans for Dessert and 9 Other Unpublished Works.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002409564 / 2023-10-13 |
| **Application Title:** | Demihumans for Dessert and 9 Other Unpublished Works. |
| **Title:** | Demihumans for Dessert and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego, CA, 92121, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, original artwork. |
| **Copyright Note:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | Demiumans for Dessert.<br>Maid Education.<br>Uber Dicks.<br>The Junior Spellcaster and the Succubus Curse.<br>Stop Worrying and Love the Gyarus.<br>My Darling Orc + Sibling Rivalry.<br>Loveless Sex.<br>Netorare Onapet.<br>Egg Drops.<br>Class and Curves. |

**Names:** JAST USA



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ⏷   Format for Print/Save

Enter your email address: _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page