# "EXHIBIT D"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002417803
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



### *I'll Squeeze You Dry and 9 Other Unpublished Works.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002417803 / 2023-12-04 |
| **Application Title:** | I'll Squeeze You Dry and 9 Other Unpublished Works. |
| **Title:** | I'll Squeeze You Dry and 9 Other Unpublished Works. |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, original artwork. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | I'll Squeeze You Dry. |
| | Gyarus or Bust! |
| | Southern Breeding. |
| | Kakushidere. |
| | Sexy Elf Loves Burly Orc. |
| | Residence. |
| | Outrageous. |
| | Dear Angel of Despair. |
| | I Didn't Want to Know. |
| | Gyaru and Prez. |

**Names:** JAST USA



<table>
<tr><td colspan="3"><b>Save, Print and Email (Help Page)</b></td></tr>
<tr><td>Select Download Format</td><td>Full Record ⌄</td><td>Format for Print/Save</td></tr>
<tr><td>Enter your email address:</td><td></td><td>Email</td></tr>
</table>

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page