# "EXHIBIT E"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002390196
Search Results: Displaying 1 of 1 entries

### *The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002390196 / 2023-03-20 |
| **Application Title:** | The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works. |
| **Title:** | The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | PCR Distributing. Address: 5450 Complex St. 302, San Diego, CA. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | PCR Distributing, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | The Hall Monitor on S.L.U.T. Duty 3. |
| | The Maiden Knights' Secrets. |
| | The Maiden Knights' Illicit Invitation. |
| | I Still Love Yuno. |
| | Elven Massage + Wakaba's First Customer. |
| | First Comes Scolding, Then Comes Make-up Sex. |
| | How I Charmed the Prim and Proper President. |
| | I Met Up With a Cool JK I Knew From an MMO and Had Great Sex With Her. |
| | Gigadick Futa Fight Night. |

Stealing Back Your Love.

**Names:** PCR Distributing



**Save, Print and Email (Help Page)**

Select Download Format: Full Record    [Format for Print/Save]

Enter your email address: _____    [Email]

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page