# "EXHIBIT F"

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---|---|

3710655



**FILED**
Secretary of State
State of California

SEP 11 2014

lu

This Space For Office Use Only

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is   JAST (USA) INC.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. XIAOGE LI
   Agent's Name

   b. 5 HILLSIDE LANE        IRVINE        CA  92620
   Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

**Corporate Addresses**

④ a. 5 HILLSIDE LANE, IRVINE, CA 92620
   Initial Street Address of Corporation - Do not list a P.O. Box    City (no abbreviations)    State    Zip

   b. _____
   Initial Mailing Address of Corporation, if different from 4a    City (no abbreviations)    State    Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
   The total number of shares which this corporation is authorized to issue is   100000

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____    PO TRAN
   Incorporator - Sign here        Print your name here

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231808225 |
| Date Filed: 11/29/2023 |

| Entity Details | |
|---|---|
| Corporation Name | JAST (USA) INC. |
| Entity No. | 3710655 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Chief Executive Officer |
| GUANQUN MA | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | XIAOGE LI |
| Agent Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

| Type of Business | |
|---|---|
| Type of Business | WHOLESALE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*PO TRAN*                                                    *11/29/2023*

Signature                                                         Date

B2293-9281 11/29/2023 3:45 PM Received by California Secretary of State

BA20242078619

B3219-9878 11/25/2024 4:02 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20242078619 |
| Date Filed: 11/25/2024 |

| Entity Details | |
|---|---|
| Corporation Name | JAST (USA) INC. |
| Entity No. | 3710655 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Chief Executive Officer |
| GUANQUN MA | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Secretary |
| JIANGQIAO LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | XIAOGE LI |
| Agent Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

| Type of Business | |
|---|---|
| Type of Business | WHOLESALE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*PO TRAN*  *11/25/2024*

Signature  Date

B3219-9879 11/25/2024 4:02 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231808225 |
| Date Filed: 11/29/2023 |

**Entity Details**

| | |
|---|---|
| Corporation Name | JAST (USA) INC. |
| Entity No. | 3710655 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Chief Executive Officer |
| GUANQUN MA | 5 HILLSIDE LANE<br>IRVINE, CA 92620 | Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| XIAOGE LI | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | XIAOGE LI |
| Agent Address | 5 HILLSIDE LANE<br>IRVINE, CA 92620 |

**Type of Business**

| | |
|---|---|
| Type of Business | WHOLESALE |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

| |
|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |
| Electronic Signature |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. |
| *PO TRAN*                *11/29/2023* |
| Signature                          Date |

B2293-9281 11/29/2023 3:45 PM Received by California Secretary of State