# "EXHIBIT G"

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.*

**FILED**
Secretary of State
State of California

DEC 23 2013

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **PCR DISTRIBUTING, CO.**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do not list an address if the agent is a 1505 corporation as the address for service of process is already on file.)

③ a. **PETER PAYNE**
   Agent's Name

   b. **5555 Magnatron Blvd., Ste J**    **San Diego**    **CA**    **92111**
   Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

**Corporate Addresses**

④ a. **5555 Magnatron Blvd., Ste J**    **San Diego**    **CA**    **92111**
   Initial Street Address of Corporation - Do not list a P.O. Box    City (no abbreviations)    State    Zip

   b. _____
   Initial Mailing Address of Corporation, if different from 4a    City (no abbreviations)    State    Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations. For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

⑤ This corporation is authorized to issue only one class of shares of stock.
   The total number of shares which this corporation is authorized to issue is **1000000**

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *[signature]*    **Peter Payne**
   Incorporator - Sign here    Print your name here

| Make check/money order payable to: **Secretary of State** | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 05/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231680237
Date Filed: 11/1/2023

| Entity Details | |
|---|---|
| Corporation Name | PCR DISTRIBUTING, CO. |
| Entity No. | 3629327 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 |
| Attention | DAVID ADAMS |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| DAVID ADAMS | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| David Adams | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | DAVID ADAMS |
| Agent Address | 8524 COMMERCE AVE STE B SAN DIEGO, CA 92121 |

| Type of Business | |
|---|---|
| Type of Business | PCR Distributing Co. |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

| |
|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |
| Electronic Signature |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. |
| *LAURA PIENTKA*                                                           *11/01/2023* |
| Signature                                                                             Date |

B2226-2745 11/01/2023 4:54 PM Received by California Secretary of State




# Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | PCR DISTRIBUTING, CO. |
| Entity (File) Number: | C3629327 |
| File Date: | 07/13/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GU85448 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Laura Pientka

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GU85448