John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET<br><br>*Defendants* | Case No. 2:24-cv-07453- FLA-AJR<br><br>**[PROPOSED] ORDER ON NHENTAI.NET'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: February 7, 2025; 1:30 p.m.<br>Place: Roybal Federal Building and U. S. Courthouse, Courtroom 6B, 6th Floor, 255 E. Temple Street<br>Los Angeles, California 90012<br>Honorable Judge Fernando L. Aenlle-Rocha |

After considering Motion for Protective Order filed by the operators of www.nhentai.net, i.e., the entity that owns www.nhentai.net ("Nhentai.net"), all filings and evidence relating thereto, and the arguments of counsel, the Court finds that there is good cause for issuance of a protective order and GRANTS a protective order as follows:

IT IS HEREBY ORDERED that any identifying information obtained by Plaintiff PCR Distributing, Co. ("PCR" or "Plaintiff") regarding Nhentai.net and/or the names and other personal information of individuals associated with Nhentai.net must be treated as "Confidential Attorneys' Eyes Only."

It is FURTHER ORDERED that any such information shall not be made public or disclosed in any manner other than between outside counsel of record for the parties in this case until the Court rules on Nhentai.net's motions to dismiss and/or strike or until further order of the Court.

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE