UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07453-FLA-AJR | Date | January 10, 2025 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| | Claudia Garcia-Marquez | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| | None | None |

**Proceedings (In Chambers):** ORDER SCHEDULING HEARING AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DKT. 32)

On January 6, 2025, Defendant operators of www.NHentai.net (Defendant") filed a Motion for Protective Order. (Dkt. 32.) The Motion for Protective Order has been referred to the undersigned U.S. Magistrate Judge. (Dkt. 6.) Therefore, the previously noticed hearing date before the District Judge is hereby VACATED. Instead, the Court reschedules the hearing on the Motion for Protective Order for February 12, 2025 at 1:30 p.m. in Courtroom 780 of the Roybal Federal Building and U.S. Courthouse.[1] Consistent with Local Rule 7-9, Plaintiff PCR Distributing Co. ("Plaintiff") shall file an opposition by January 22, 2025. Consistent with Local Rule 7-10, Defendant may file an optional reply by January 29, 2025.

IT IS SO ORDERED.

---

[1] If this date and time does not work for the parties, they should confer amongst themselves and send a joint email proposing mutually acceptable alternatives to the Court's Courtroom Deputy Clerk (AJR_Chambers@cacd.uscourts.gov).