FILED
CLERK, U.S. DISTRICT COURT

January 27, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Adkins* DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) | ORDER OF THE CHIEF JUDGE |
| ) | **25-007** |
| of ) | |
| ) | |
| Judge CYNTHIA VALENZUELA ) | |
| _____ ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Cynthia Valenzuela,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando Aenlle-Rocha to the calendar of Judge Cynthia Valenzuela:

| | |
|---|---|
| 2:20-cv-08369-FLA-Ex | Pro-Com Products, Inc. v. Optimal Sante, LLC et al |
| 2:21-cv-04324-FLA-ASx | United States of America et al v. ScribeAmerica, LLC et al |
| 2:23-cv-09770-FLA-JPRx | Jason MacDonald v. GoCamp, LLC et al |
| 2:24-cv-01673-FLA-MAR | Celia Smith v. Christopher Darden et al |
| 2:24-cv-05445-FLA | In Re: Aleksandr Vitalievich Sabadash |
| 2:24-cv-07453-FLA-AJRx | PCR Distributing Co. v. John Does |
| 2:24-cv-07789-FLA-RAOx | Yabin Meng v. Merrick B. Garland et al |
| 2:24-cv-09731-FLA-AGRx | Victor Hugo Vidales Villalobos v. County of Los Angeles et al |
| 2:24-cv-09970-FLA-PDx | Melina Gharibi et al v. BMW of North America, LLC et al |
| 2:24-cv-10928-FLA-PDx | Rena Falk, M.D. v. Unum Life Insurance Company of America et al |
| 5:24-cv-02724-FLA-SHKx | Ian Watson v. Target Corporation |
| 8:24-cv-01825-FLA-DFMx | Laura Thomsen v. Credit Control, LLC et al |

In the Matter of the
Creation of Calendar for
District Judge Cynthia Valenzuela                                                    2

---

On all documents subsequently filed in the case, please substitute the Judge initials "CVD" after the case number in place of the initials of the prior Judge.


DATED:  January 27, 2025                    _____

                                            Chief Judge Dolly M. Gee