# EXHIBIT A



# nhentai.net

nhentai is a free hentai manga and doujinshi reader with over 488,000 galleries to read and download.

## Traffic & Engagement

**Total visits**
Jul 2024 · Worldwide

**79.38M**
↑ 3.27% from last month

**Device distribution**
Jul 2024 · Worldwide

- Desktop 22.55%
- Mobile Web 77.45%



| | |
|---|---|
| Global rank | #151 |
| Country rank — Japan | #109 |
| Industry rank — Adult | #20 |

## Engagement overview
Jul 2024 · Worldwide · All Traffic



| Monthly visits | 79.38M | Deduplicated audience BETA | | Pages / Visit | 41.62 |
| Monthly Unique Visitors | N/A | Visit Duration | 00:10:50 | Bounce Rate | 16.92% |



## Visits over time
Jul 2024 · Worldwide · All traffic



## Geography

### Top Countries
Jul 2024 · All traffic

| Country | Traffic Share | Change |
|---|---|---|
| United States | 24.63% | ↑ 3.59% |
| Japan | 22.14% | ↑ 5.57% |
| Philippines | 5.08% | ↑ 17.04% |
| Indonesia | 5.03% | ↑ 6.37% |
| Taiwan | 3.22% | ↑ 9.98% |

# Marketing Channels



# Organic Search





## Paid Search

Paid search makes up **<1%** of website traffic 

### Top search ads
Jul 2024 · Worldwide · Desktop

### Top paid search terms

**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **3.06%** of website traffic

### Top referring websites
Jul 2024 · Worldwide · Desktop

| Domain | Share | Change |
|---|---|---|
| theporndude.com | 54.44% | ↑ 52.90% |
| msn.com | 10.37% | ↑ 163.96% |
| tt1069.com | 6.49% | ↑ 226.97% |
| similarsites.com | 1.99% | ↑ 125.78% |
| echiman.com | 1.96% | ↑ 137.14% |

### Top referring industries
Jul 2024 · Worldwide · Desktop

| Website Categories | Traffic Share |
|---|---|
| Adult | 73.65% |
| Programming and Developer Software | 9.91% |
| Video Games Consoles and Accessories | 4.65% |
| News and Media | 2.73% |
| Search Engines | 2.72% |

## Outgoing Traffic

### Top link destinations
Jul 2024 · Worldwide · Desktop

| Domain | Share | Change |
|---|---|---|
| tsyndicate.com | 48.79% | ↑ 66.50% |
| google.com | 32.72% | ↑ 201.98% |
| x.com | 2.34% | ↑ 540.56% |
| outlook.live.com | 1.78% | ↑ 1,853.89% |
| mangadex.org | 1.48% | ↓ 7.82% |

## Outgoing Ads

### Top ad destinations
Jul 2024 · Worldwide · Desktop

| Domain | Share | Change |
|---|---|---|
| glauhouptah.com | 34.85% | - |
| mail.google.com | 19.42% | - |
| koogriceek.com | 16.97% | ↓ 5.72% |
| afqhsck.cc | 5.56% | - |
| 1xlite-324518.top | 3.63% | - |





