# Exhibit C

## Amended Complaint Works

1. "Sexual Healing "(U.S. Copyright Reg. No. TXu002435667) with infringing gallery https://nhentai.net/g/543331/ (among other infringing galleries)

2. "The Junior Spellcaster and the Succubus Curse" (U.S. Copyright Reg. No. TXu002409564) with infringing gallery https://nhentai.net/g/425307/

3. "She's Somebody's Spouse" (U.S. Copyright Reg. No. TXu002391218) with infringing gallery https://nhentai.net/g/340116/  (among others).