UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-07453-CV-AJR | Date | January 30, 2025 |
| Title | *PCR Distributing Co. v. John Does* | Page | 1 of 1 |

Present: The Honorable   CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

| JESSICA CORTES | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   [IN CHAMBERS] ORDER DENYING MOTION TO DISMISS AND STRIKE AS MOOT [31]**

On August 30, 2024, Plaintiff PCR Distributing Co. filed a complaint against Defendants John Does 1–10, d/b/a nHentai.net. [Doc. # 1.] On January 6, 2025, Defendants moved to dismiss and to strike the complaint. Motion [Doc. # 31].

On January 27, 2024, Plaintiff filed a first amended complaint ("FAC") as a matter of course. *See* Doc. # 40; Fed. R. Civ. P. 15(a)(1). Since the FAC supersedes the original complaint, Defendants will have an opportunity to file a new responsive motion or pleading. *See In re WellPoint, Inc. Out-of-Network UCR Rates Litig.*, 903 F. Supp. 2d 880, 893–94 (C.D. Cal. 2012). Therefore, the pending motion is **DENIED as moot**. The February 7, 2025, hearing on the motion is **VACATED**. No appearances are necessary on that date.

**IT IS SO ORDERED.**