John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Admitted Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET,<br><br>*Defendants* | Case No. 2:24-mc-07453-CV-AJR<br><br>**DECLARATION OF JENNIFER M. RYNELL IN SUPPORT OF NHENTAI.NET'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)) AND STRIKE (FED. R. CIV. P. 12(f))**<br><br>Date: TBD<br>Place: First Street Courthouse<br>350 W. 1st Street, Courtroom 5D<br>5th Floor<br>Los Angeles, California 90012<br>Honorable Judge Cynthia Valenzuela |

I, Jennifer M. Rynell, hereby state and declare as follows:

1. I am a partner in the law firm of Wilson Whitaker Rynell in Dallas, Texas and one of the attorneys for Nhentai.net admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts stated herein.

2. I provide this declaration in support of Nhentai.net's ("Nhentai.net") Motions to Dismiss and/or Strike ("Motions").

3. Attached as **Exhibit A** is a true and correct copy of the Certificate of Registration received from the U.S. Copyright Office for Copyright No. TX9-380-863.

4. Attached as **Exhibit B** is a true and correct copy of the Certificate of Registration received from the U.S. Copyright Office for Copyright No. TX9-312-666.

5. Attached as **Exhibit C** is a true and correct copy of the Certificate of Registration received from the U.S. Copyright Office for Copyright No. TXu2-409-564.

6. Attached as **Exhibit D** is a true and correct copy of the Certificate of Registration received from the U.S. Copyright Office for Copyright No. TXu2-417-803.

7. Attached as **Exhibit E** is a true and correct copy of the Certificate of Registration received from the U.S. Copyright Office for Copyright No. TXu2-390-196.

8. Attached as **Exhibit F** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TXu002391218.

9. Attached as **Exhibit G** is a true and correct copy of the Copyright Office catalog printout for Copyright No. TXu002435667.

10. As shown in **Exhibits A-G**, the Copyright Office Certificates of Registration and catalog printouts do not indicate that any of the alleged copyrighted

material is in the form of videos or images.

11. I last visited https://nhentai.net/g/312283/ on February 6, 2025. On that date, this website indicated that the first page of the book "Submission Eternal My Lady, My Master," was uploaded four years and nine months ago, i.e., in mid-2020.

12. I last visited https://nhentai.net/g/208694/ on February 6, 2025. On that date, this website indicated that the first page of the book "Hey…Let's Do It," was uploaded seven years and four months ago, i.e., in the fall of 2017.

13. I last visited https://nhentai.net/g/543331/ on February 4, 2025. This URL does not actually link to any material that appears to be called or relate to "Sexual Healing."

14. I last visited https://nhentai.net/g/340116/ on February 4, 2025. This URL appears to link to a work that has a Japanese title that was uploaded four years and one month ago.

15. Nhentai.net obtained the deposit material from the U.S. Copyright Office relating to four of the five copyrights originally asserted by Plaintiff. The page shown in the Motions is a true and correct copy of a page from the book "Hey … Let's Do It," which is the subject of Copyright Registration No. TX9-380-863. Nhentai.net obtained the page shown from that deposit material and it is included in its entirety in Nhentai's Motions – including the images.

16. The page shown in the Motions from the book "Hey … Let's Do It" that is the subject of Copyright Registration No. TX9-380-863 includes selected phrases such as "That's her…" and "She's chubby, but she's mine."

17. The deposit material from the U.S. Copyright Office for the book "Hey … Let's Do It" (Copyright Registration No. TX9-380-863) includes many other words and short phrases such as "shlurp," "plap," "I need it," "Take it," "Open wide," "Yesss," "More," "Yo! Special delivery," "Now put it in your mouth," and "What's the blindfold for?"

18. Nhentai.net obtained correspondence between Plaintiff and/or JAST USA with the Copyright Office relating to the five copyrights originally asserted by Plaintiff. Attached as **Exhibit H** hereto is a true and correct "Copy of Correspondence" received from the U.S. Copyright Office for Copyright TX9-380-863 –"Hey ... Let's Do It!"

19. Attached as **Exhibit I** hereto is a true and correct "Copy of Correspondence" received from the U.S. Copyright Office for Copyright TX9-312-666 –"Submission Eternal My Lady, My Master."

20. Nhentai.net's counsel, including me, conducted searches in the San Diego County fictitious business entity records by the filing number Plaintiff provided in its First Amended Complaint and by all variations of the entity names involved and were unable to locate the alleged filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025 in Dallas, Texas.

*Jennifer M. Rynell*

### CERTIFICATE OF SERVICE

On February 10, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California via CM/ECF. I hereby certify that I thereby have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local Rules.

/s/ *Jennifer M. Rynell*