# "EXHIBIT A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 9-380-863**
**Effective Date of Registration:**
October 05, 2023
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** Hey... Let's Do It.

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 01, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** JAST USA
  **Author Created:** English translation
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** JAST USA
8524 Commerce Ave, Suite B, San Diego, CA, 92121

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork, Original Japanese text, original artwork

**New material included in claim:** English translation

## Certification

**Name:** David Goldberg
**Date:** October 02, 2023

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:** TX0009380863
**Service Request #:** 1-13048459571

JAST USA
David Goldberg
8524 Commerce Ave
Suite B
San Diego, CA 92121