# "EXHIBIT B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-312-666**

**Effective Date of Registration:**
March 22, 2023

**Registration Decision Date:**
September 20, 2023

## Title

       **Title of Work:** Submission Eternal My Lady, My Master

## Completion/Publication

      **Year of Completion:** 2022
  **Date of 1st Publication:** March 01, 2023
 **Nation of 1st Publication:** United States

## Author

-         **Author:** PCR Distributing
     **Author Created:** English translation
  **Work made for hire:** Yes
        **Domiciled in:** United States

## Copyright Claimant

   **Copyright Claimant:** PCR Distributing
                          5450 Complex St. 302, San Diego, CA, 92123

## Certification

        **Name:** David Goldberg
         **Date:** March 16, 2023

   **Correspondence:** Yes

**Registration #:** TX0009312666
**Service Request #:** 1-12356896181

PCR Distributing
David Adams
5450 Complex St. 302
San Diego, CA 92123