# "EXHIBIT C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-409-564**

**Effective Date of Registration:**
October 13, 2023

**Registration Decision Date:**
January 29, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Demihumans for Dessert and 9 Other Unpublished Works

**Content Title:** Demiumans for Dessert
Maid Education
Uber Dicks
The Junior Spellcaster and the Succubus Curse
Stop Worrying and Love the Gyarus
My Darling Orc + Sibling Rivalry
Loveless Sex
Netorare Onapet
Egg Drops
Class and Curves

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** JAST USA
  **Author Created:** Literary Works
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** JAST USA
8524 Commerce Ave, Suite B, San Diego, CA, 92121, United States

### Limitation of copyright claim

**Material excluded from this claim:** Original Japanese text, original artwork

## Certification

**Name:** David Goldberg
**Date:** October 13, 2023

---

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Registration #: TXu002409564
Service Request #: 1-13074891501

JAST USA
David Goldberg
8524 Commerce Ave
Suite B
San Diego, CA 92121 United States