# "EXHIBIT D"

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-417-803**

**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
March 13, 2024

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** I'll Squeeze You Dry and 9 Other Unpublished Works

**Content Title:** I'll Squeeze You Dry
Gyarus or Bust!
Southern Breeding
Kakushidere
Sexy Elf Loves Burly Orc
Residence
Outrageous
Dear Angel of Despair
I Didn't Want to Know
Gyaru and Prez

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** JAST USA
  **Author Created:** Literary Works
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** JAST USA
8524 Commerce Ave, Suite B, San Diego

### Limitation of copyright claim

Page 1 of 2

**Material excluded from this claim:** Original Japanese text, original artwork

## Certification

**Name:** David Goldberg
**Date:** December 04, 2023

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration #:** TXu002417803
**Service Request #:** 1-13257916821

JAST USA
David Goldberg
8524 Commerce Ave
Suite B
San Diego, CA 92121 United States