# "EXHIBIT E"

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-390-196**

**Effective Date of Registration:**
March 20, 2023
**Registration Decision Date:**
September 20, 2023

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works

**Content Title:** The Hall Monitor on S.L.U.T. Duty 3
The Maiden Knights' Secrets
The Maiden Knights' Illicit Invitation
I Still Love Yuno
Elven Massage + Wakaba's First Customer
First Comes Scolding, Then Comes Make-up Sex
How I Charmed the Prim and Proper President
I Met Up With a Cool JK I Knew From an MMO and Had Great Sex With Her
Gigadick Futa Fight Night
Stealing Back Your Love

### Completion/Publication

**Year of Completion:** 2023

### Author

**Author:** PCR Distributing
**Author Created:** Literary Works
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** PCR Distributing
5450 Complex St. 302, San Diego, CA

### Limitation of copyright claim

Page 1 of 2

**Material excluded from this claim:**   Original Japanese text

## Certification

**Name:**   David Goldberg, Authorized agent
**Date:**   March 20, 2023

---

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration #:** TXu002390196
**Service Request #:** 1-12365296031

PCR Distributing
David Adams
5450 Complex St. 302
San Diego, CA 92123