# "EXHIBIT F"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002391218
Search Results: Displaying 1 of 1 entries



*Life with the Slime and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002391218 / 2023-07-20 |
| **Application Title:** | Life with the Slime and 9 Other Unpublished Works. |
| **Title:** | Life with the Slime and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | PCR Distributing. Address: 8524 Commerce Ave b, San Diego, CA, 92123. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | PCR Distributing, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, artwork. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | Life with the Slime. |
| | The Hall Monitor on S.L.U.T. Duty 4. |
| | Succubus Blows Her First Day on the Job. |
| | Please Knock Me Up. |
| | She's Somebody's Spouse. |
| | She'll Spoil You Rotten. |
| | Mega Milkies 2. |
| | Falling Star Azure. |
| | Demihuman Dreams. |

Squeeze Until Empty.

**Names:** PCR Distributing



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address: _____ Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page