# "EXHIBIT G"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002435667
Search Results: Displaying 1 of 1 entries



*Elven Bride ReBridal and 8 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002435667 / 2024-05-07 |
| **Application Title:** | Elven Bride ReBridal and 8 Other Unpublished Works. |
| **Title:** | Elven Bride ReBridal and 8 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego, CA 92121. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, original artwork. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | Elven Bride ReBridal. |
| | Girls and Tummies Anthology. |
| | Ogre vs Dark Elf. |
| | Bratty Little Succubi. |
| | They'll Make a Man Out of You. |
| | Aizome: Dyed in Her Colors. |
| | Sexual Healing. |
| | Seika Women's Academy: Certified Comfort Man. |
| | When Brats Find Out. |
| **Names:** | JAST USA |



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page