# "EXHIBIT H"



# COPY OF CORRESPONDENCE

# TX 9-380-863
# (1-13048459571)

## Correspondence Activities Report

SR 1-13048459571
**Activity Type:** Email - Outbound
**Created on:** 10/02/2023 02:20:34 AM
**Subject:** U.S. Copyright Office Application - Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Hey... Let's Do It. were received by the U.S. Copyright Office on 10/2/2023.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-13048459571 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-13048459571. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 10/02/2023 02:35:39 AM
**Subject:** U.S. Copyright Office Application - Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Hey... Let's Do It. were received by the U.S. Copyright Office on 10/2/2023.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-13048459571 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-13048459571. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 04/11/2024 02:48:03 PM
**Subject:** U.S. Copyright Office Application - 1-13048459571 Hey... Let's Do It.
**Body:**

Dear David Goldberg,

We are reviewing the copyright application for the work titled "Hey... Let's Do It," and need to clarify the facts of the application before we can continue.

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

The application names JAST USA as the author of "text, Compilation and English translation," with the "text, artwork, Original Japanese text, original artwork" excluded from the scope of the claim and the new material included in the claim described as "text, English translation." The claim in translation is clear, but it is unclear if the work also contains new and original text that has not been translated. It is also unclear if you intend to claim in a new and original compilation.

Compilation authorship involves the selecting, coordinating, and/or arranging a number of separate and independent works and assembling them into a collective whole. Did JAST USA select, coordinate, and arrange the individual works within this volume? If the translator(s) merely translated a preexisting or previously published collection in Japanese without altering the existing selection, coordination, and arrangement of the works/stories within it, please authorize us to remove reference to "compilation" from the authorship and new material included statements.

If this work contains any original text by JAST USA, please confirm this and provide a brief description of this material. Or, if all text in the work has been translated, please authorize us to remove reference to "text" and will proceed with registration of the "English translation."

If the facts are otherwise, please explain.

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence

from us.

Sincerely,

A. Binkowski
Copyright Registration Specialist
Literary Division
Office of Registration Policy & Practice
United States Copyright Office
The Library of Congress
101 Independence Avenue, S.E.
Washington, DC 20559-6000
www.copyright.gov

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6AUY4AR]

**Activity Type:** Email - Inbound
**Created on:** 04/13/2024 06:00:53 AM
**Attachment:** Y
**Subject:** Re: U.S. Copyright Office Application - 1-13048459571 Hey... Let's Do It.
**Body:**

CAUTION: This email message has been received from an external source. Please use caution when opening attachments or clicking on links.

Dear A. Binkowski,

Thank you for reaching out regarding [THREAD ID:1-6AUY4AR] .

I authorize you to remove reference to "compilation" from the authorship and new material included statements.

I additionally authorize you to remove reference to "text" and proceed with registration of the "English translation".

Thank you for your clarification regarding compilation authorship and inclusion of new and original vs translated text. We will submit further requests for copyright registration accordingly.

Best,
David Goldberg