# "EXHIBIT I"



# COPY OF CORRESPONDENCE

# TX 9-312-666 (1-12356896181)

## Correspondence Activities Report

**SR** 1-12356896181
**Activity Type:** Email - Outbound
**Created on:** 03/16/2023 11:48:04 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Submission Eternal
My Lady, My Master were received by the U.S. Copyright Office on 3/16/2023.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material
you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click
on case number 1-12356896181 in the Open Cases table. Follow the instructions to either
upload a digital copy or mail a physical copy (with shipping slip attached) of the work
being registered. Additional instructions and requirements for submitting the material
being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the
effective date of registration will be based on the date on which we receive the copies
WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My
Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-12356896181. If you
have questions or need assistance, Copyright Office contact information can be found at
http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 03/17/2023 12:03:12 AM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.


Your Application and payment for the work Submission Eternal
My Lady, My Master were received by the U.S. Copyright Office on 3/16/2023.


PLEASE NOTE: Your submission is not complete until you upload or mail the material
you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click
on case number 1-12356896181 in the Open Cases table. Follow the instructions to either
upload a digital copy or mail a physical copy (with shipping slip attached) of the work
being registered. Additional instructions and requirements for submitting the material
being registered can be found at http://www.copyright.gov/eco/tips/.


SHIPPING SLIPS: If you mail physical copies of the material being registered, the
effective date of registration will be based on the date on which we receive the copies
WITH CORRESPONDING SHIPPING SLIPS ATTACHED.


A printable copy of the application will be available within 24 hours by clicking the My
Applications link in the left top most navigation menu of the Home screen.


You may check the status of this claim via eCO using this number 1-12356896181. If you
have questions or need assistance, Copyright Office contact information can be found at
http://www.copyright.gov/help/index.html#general.


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 06/27/2023 02:15:00 PM
**Subject:** U.S. Copyright Office Application - 1-12356896181 Submission Eternal My Lady, My Master
**Body:**


Dear David Adams:

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

We are writing to clarify some information on your copyright application for "Submission Eternal My Lady, My Master."

The application names Kabushiki Kaisha Kill Time Communication as the author of "artwork" and PCR Distributing as the author of "compilation and English translation." However, for copyright purposes, a translation is a new work that is based on the original work that has been translated. The person who created the translation is the author of the translation while the person that created the original work is the author of the original work.

Based on the deposit and application, it appears this work is a translation. If this is accurate, please confirm and we will amend the application by removing Kabushiki Kaisha Kill Time Communication from the application. PCR Distributing will be the sole author and claimant with a claim in "English translation."

If the situation is otherwise, please explain.

Please note that if we do not receive a response to this message within 45 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being
connected to your application, and your case will be closed without further correspondence
from us.


Sincerely,

Examiner Payne
Literary Division
Office of Registration Policy & Practice
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

[THREAD ID:1-5U9S5RD]

**Activity Type:** Email - Inbound
**Created on:** 09/18/2023 01:52:24 PM
**Attachment:** Y
**Subject:** SR Num: 1-12356896181
**Body:**

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

[THREAD ID:1-5U9S5RD]


Very good, thanks for the clarification. We'll take that revision and have PCR Distributing as sole author and claimant.