John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET<br><br>*Defendants* | Case No. 2:24-cv-07453- CV-AJR<br><br>**[PROPOSED] ORDER ON NHENTAI.NET'S MOTIONS TO DISMISS (FED. R. CIV. P. 12(b)(6)) AND STRIKE (FED. R. CIV. P. 12(f))**<br><br>Date: TBD<br>Place: First Street Courthouse<br>350 W. 1st Street, Courtroom 5D<br>5th Floor<br>Los Angeles, California 90012<br>Honorable Judge Cynthia Valenzuela |

After considering the Motions to Dismiss (Fed. R. Civ. P. 12(b)(6)) and Strike (Fed. R. Civ. P. 12(f)) filed by the operators of www.nhentai.net, i.e., the entity that owns www.nhentai.net ("Nhentai.net"), all filings, declarations, exhibits, and evidence relating thereto, and the arguments of counsel, the Motion to Dismiss is GRANTED as follows:

Plaintiff's claims under the Copyright Act are dismissed as time barred. Because amendment would be futile, leave to amend is not warranted, and dismissal is with prejudice.

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE