**ERIC BJORGUM (State Bar No. 198392)**
Eric.bjorgum@bjorgumlaw.com
BJORGUM LAW PC
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone: (213) 596-6390
Facsimile: (213) 596-6399

Attorneys for Plaintiff PCR Distributing, Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., <br> vs. <br> Plaintiff, <br> vs. <br> JOHN DOES 1 – 10, d/b/a NHENTAI.NET and NHENTAI.TO, <br> Defendants. | Case No. 2:24-cv-07453-CV-AJR <br><br> **DECLARATION OF MARTIN PRITIKIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT** <br><br> Date: March 28, 2025 <br> Time: 1:30 p.m. <br> Judge: Hon. Cynthia Valenzuela <br> Courtroom: 5D <br> Place: U. S. Courthouse <br>        350 West First Street <br>        Los Angeles, California 90012 |

1
PRITIKIN DECL I/S/O OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND STRIKE FAC

# DECLARATION OF MARTIN PRITIKIN

1. I, Martin Pritikin, am of counsel for Bjorgum Law, PC, attorneys for the Plaintiff in this action, I am over the age of eighteen and I make this declaration based on personal knowledge. I make this declaration, along with the attached exhibit, in support of Plaintiff's Opposition to Defendants' Motion to Dismiss or Strike the First Amended Complaint ("Motion").

2. On February 25, 2025, after reviewing Defendants' Motion and the claim therein that no San Diego County fictitious business name filing could be located using either the document number referenced in the First Amended Complaint ("FAC") or the names PCR or JAST USA, I logged onto the San Diego County Recorder Office website's Fictitious Business Name ("FBN") search page (https://arcc-acclaim.sdcounty.ca.gov/FBN). I entered "JAST USA" into the "Search By Name" tab. I found the applicable record in less than 30 seconds, and paid to have a certified copy mailed to me. Attached hereto as **Exhibit A** is a true and correct copy of the certified FBN filing that was sent to me as a result, reflecting that JAST USA was registered as a dba of PCR on July 31, 2019.

3. Using the "Search By Name" tab, I also ran searches using the terms" (as opposed to "JAST USA"), "PCR Distributing Co." and "PCR." These searches revealed the same 2019 FBN document referenced above and attached as Exhibit A, as well an FBN filing from 2015 showing that JAST USA had previously been registered as a fictitious business name of PCR Distributing Co. in 2015, along with another filing renewing PCR's FBN in JAST USA in July 2024. True and correct certified copies of the 2015 and 2024 FBN filings that I paid to have mailed to me are attached hereto as **Exhibit B.**

4. The 2019 FBN filing (Exhibit A) had an associated FBN number of 2019-9018807. This was not the same number that was referenced in Paragraph 24 of the FAC, which was 2019-9513905. The FBN filing attached as Exhibit A is,

however, associated with a "Proof of Publication" (POP) filing number of 2019-9513905, which is the same number referenced in Paragraph 24 of the FAC. I paid to have a certified copy of the associated POP filing mailed to me. Attached hereto as **Exhibit C** is a true and correct certified copy of the associated POP filing I received as a result. It references the FBN number for Exhibit A, 2019-9018807.

5. Attached hereto as **Exhibit D** is a true and correct copy of Page 8 of the registration copy of "Sexual Healing," one of the works that the FAC alleges was infringed by Defendants. Among the dialogue featured on this page is the sentence "Kumokawa, did you bring your second-semester course selection printout?"

6. On February 28, 2025, I visited the URL, https://nhentai.net/g/543331/, which is referenced in Exhibit 3 to the FAC (Dkt. 40-3) as one of the galleries containing infringing material. Attached hereto as **Exhibit E** is a true and correct copy of a partial screenshot that appeared on the page displayed. (It has been cropped and redacted to avoid the display of explicit images.) To the extent that the listed upload date can be credited, it lists an upload date of "2 months, 2 weeks ago," i.e., approximately mid-December 2024—four months after the original complaint was filed. (Dkt. 1.)

7. In their Motion, Defendants asserted that, contrary to the assertion in the FAC and Exhibit 3 thereto, the URL https://nhentai.net/g/543331/ "does not actually link to material that appears to be called or relate to "Sexual Healing." (Dkt. 47 at 11:10-14.) I compared the thumbnails of the comic book pages that appear at that URL to the registration copy of "Sexual Healing" (which is actually a multi-volume work) that was submitted in connection with the copyright registration TXu002435667 in Exhibit 3 to the FAC. Each of the pages featured at that URL mirror pages from the registration copy, including numerous English translations that are identical or substantially similar to that featured in the registration copy. To provide just one example, *compare* the comic book page found directly at the URL

https://nhentai.net/g/543331/28 (a subdirectory of https://nhentai.net/g/543331/), a true and correct copy of a screenshot of which is attached hereto as **Exhibit F**; *with* page 204 from the registration copy of "Sexual Healing," a true and correct copy of which is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America and under the laws of the State of California that the foregoing is true and correct and that if called upon to testify I could and would testify competently thereto.

Executed this 7th day of March 2025 at Los Angeles, California

By: */s/ Martin Pritikin*
Martin Pritikin

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John T. Wilson
Jennifer M. Rynell
eservice@wwrlegal.com
WILSON WHITAKER RYNELL
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248

Glenn T. Litwak
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

By: _____/s/ Eric Bjorgum_____
A. Eric Bjorgum