# Exhibit A

## THE DAILY TRANSCRIPT

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486  / Fax (619) 270-2503

This space for filing stamp only

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

SD#: 3284940

**FICTITIOUS BUSINESS NAME**
**STATEMENT**
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San
Diego, CA 92123 County of SAN DIEGO
This business is registered by the
following:
PCR Distributing Co., 5450 Complex St
#302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a
Corporation
The first day of business was: 01/01/2014
I declare that all information in this
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County
Clerk of San Diego County on
07/31/2019.
NOTICE: In accordance with Subdivision
(a) of Section 17920, a Fictitious Name
Statement generally expires at the end of
five years (5) from the date on which it
was filed in the office of the County Clerk,
except, as provided in Subdivision (b) of
Section 17920, where it expires 40 days
after any changes in the facts set forth in
the statement pursuant to Section 17913
other than a change in the residence
address of a registered owner. A New
Fictitious Business Name Statement must
be filed before the expiration.
The filing of this statement does not of
itself authorize the use in this state of a
fictitious business name in violation of the
rights of another under Federal, State, or
Common Law (See Section 14411 et
seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19
**SD-3284940#**

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of SAN DIEGO        ) ss

Notice Type:  FNS - FIRST FILING

Ad Description:
JAST USA

I am a citizen of the United States and a resident of the State of California; I am
over the age of eighteen years, and not a party to or interested in the above
entitled matter. I am the principal clerk of the printer and publisher of THE
DAILY TRANSCRIPT, a newspaper published in the English language in the
City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of
general circulation as defined by the laws of the State of California by the
Superior Court of the County of SAN DIEGO, State of California, under date of
05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a
printed copy, has been published in each regular and entire issue of said
newspaper and not in any supplement thereof on the following dates, to-wit:

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and
correct.

Signature

* A 0 0 0 0 0 5 2 1 3 4 4 7 *

Email

# THE DAILY TRANSCRIPT

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486 / Fax (619) 270-2503

This space for filing stamp only

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California       )
County of SAN DIEGO  ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

JAST USA

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of THE DAILY TRANSCRIPT, a newspaper published in the English language in the City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date of 05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

SD#: 3284940

FICTITIOUS BUSINESS NAME
STATEMENT
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San Diego, CA 92123 County of SAN DIEGO
This business is registered by the following:
PCR Distributing Co., 5450 Complex St #302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a Corporation
The first day of business was: 01/01/2014
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County Clerk of San Diego County on 07/31/2019.
NOTICE: In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years (5) from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any changes in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration.
The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19          SD-3284940#

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* A 0 0 0 0 0 5 2 1 3 4 4 7 *

Email

FEB 2 6 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

R. Rubi-Jara

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502



**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

FBN# 2019-9018807

Jul 31, 2019   12:12 PM
FILED
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY CLERK
FEES:  $42.00    PAGES: 1
Expires: Jul 31, 2024

## FICTITIOUS BUSINESS NAME STATEMENT

### FEE SCHEDULE

| | | |
|---|---|---|
| FILING: | $42.00 | (Includes one business name and one business owner on statement) |
| ADDITIONAL OWNER(S): | $5.00 | (Fee is exempt to include the name of a spouse when transacting business as a married couple) |
| ADD BUSINESS NAME(S): | $5.00 | (Fee applies to additional business names on statement at the same location) |
| ADDITIONAL COPIES: | $2.00 | (Additional $1.00 fee for a certification of copy) |

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code 17913.

**(1) FICTITIOUS BUSINESS NAME(S):**

a. ___TAST USA___
Print Fictitious Business Name(s)

b. _____
Print Fictitious Business Name(s)

**(2) LOCATED AT:** ___5450 Complex St #302 , SAN DIEGO , CA , SAN DIEG0 , 92173___
Physical Business Address (No P.O. Box or Postal Mailbox Facilities)   City   State   County   Zip Code

_____
Mailing Address (If different from above)    City    State    Zip Code

**(3) REGISTRANT INFORMATION:** (Individual, Corp., LLC, Gen. Partner, etc.)

a. ___PCR DISTRIBUTING CO.___
Print Full Complete Name (e.g. First, Middle, Last or Corp. /LLC)
___5450 COMPLEX ST #302 , SAN DIEGO , CA , 92123___
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)   City   State   Zip Code
___CALIFORNIA___
If Corporation or LLC – Print State of Incorporation/Organization

b. _____
Print Full Complete Name (e.g. First, Middle, Last or Corp. /LLC)

_____
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)   City   State   Zip Code

_____
If Corporation or LLC – Print State of Incorporation/Organization

**(4) THIS BUSINESS IS CONDUCTED BY: (Please check one)**

- [ ] A. Individual
- [ ] B. Married Couple
- [ ] C. General Partnership
- [ ] D. Limited Partnership
- [ ] E. Joint Venture
- [x] F. Corporation
- [ ] G. Trust
- [ ] H. Co-Partners
- [ ] I. Limited Liability Company
- [ ] J. Limited Liability Partnership
- [ ] K. Unincorporated Association-Other than a Partnership
- [ ] L. State or Local Registered Domestic Partners

**(5) REGISTRANT FIRST COMMENCED TO TRANSACT BUSINESS UNDER THE ABOVE NAME(S) AS OF** (MM/DD/YYYY): 01/01/2014 (Cannot be a future date)
- [ ] CHECK HERE IF THE REGISTRANT HAS NOT YET BEGUN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

**(6)** Print Name of Registrant: ___PETER PAYNE___  PCR Distributing Co.
(Print name as it appears above on the statement)

Signature of Registrant: _____

Print Name of Signor: ___PCR DISTRIBUTING Co. Peter Payne___    Print Title of Person Signing: ___PRESIDENT, CFO, DIRECTOR___
(If Corporation or LLC)    (If Corporation or LLC)

This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 07/5/17)

FEB 2 7 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

S.55



**2015-002335**

JAN-27-2015

FILED
**Ernest J. Dronenburg, Jr.**
SAN DIEGO COUNTY CLERK
FEES:    42.00
EXPIRES: JAN-27-2020
DEPUTY: JMURO

Form Instructions on Next Page

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502

Return Mailing Address

Name: PCR Distributing Co.

Address: 5555 Magnatron Blvd. St. J

City: San Diego    State: CA    Zip Code: 92111



**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

**BY MAIL**

## FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

[✓] Original- $42.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
[ ] Renewal- $42.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
EACH ADDITIONAL COPY IS $2.00 AND EACH ADDITIONAL CERTIFIED COPY IS $3.00
$5.00- EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER
$5.00- EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT SAME LOCATION.

| FOR OFFICIAL USE ONLY |
|---|
| TYPE OF IDENTIFICATION PROVIDED: [✓] REG  [ ] AGENT |
| [✓] DRIVER'S LICENSE    [ ] MILITARY ID    [ ] ACK |
| [ ] PASSPORT    [ ] OTHER_____ |

**(1) FICTITIOUS BUSINESS NAME(S):**    PLEASE NOTE: YOU WILL BE REQUIRED TO PRESENT A VALID PHOTO ID TO FILE THIS STATEMENT IN PERSON.

a. JAST USA

b._____

Print Fictitious Business Name(s)

**(2) LOCATED AT:** 5555 Magnatron    San Diego    CA    San Diego    92111
Street Address of Principal Place of Business (P. O. Box not accepted)    City    State    County    Zip Code

MAILING ADDRESS: 5555 Magnatron Blvd, Ste J San Diego, CA 92111

**(3) THIS BUSINESS IS REGISTERED BY THE FOLLOWING:**

1. PCR Distributing Co.
Full Name/Corp/LLC

5555 Magnatron Blvd. St. J    San Diego    CA    92111
Residence Address (P. O. Box not accepted)    City    State    Zip Code

California
If Corporation or LLC – Print State of Incorporation/Organization

2._____
Full Name/Corp/LLC

_____    _____    _____    _____
Residence Address (P. O. Box not accepted)    City    State    Zip Code

_____
If Corporation or LLC – Print State of Incorporation/Organization

**(4)    THIS BUSINESS IS CONDUCTED BY: (Check one)**

[ ] A. An Individual
[ ] B. A Married Couple
[ ] C. A General Partnership
[ ] D. A Limited Partnership
[ ] E. Joint Venture
[✓] F. A Corporation
[ ] G. A Trust
[ ] H. Co-Partners
[ ] I. A Limited Liability Company
[ ] J. Limited Liability Partnership
[ ] K. An Unincorporated Association-Other than a Partnership
[ ] L. State or Local Registered Domestic Partners

**(5) THE FIRST DAY OF BUSINESS WAS:** 01 / 01 / 14    OR IF NOT STARTED YET, CHECK HERE [ ] NOT APPLICABLE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

**(6) REGISTRANT NAME** Peter Payne    TITLE President, CFO, Director
(Print)    (Corp./LLC Print Title)

REGISTRANT SIGNATURE_____    IF CORP OR LLC, NAME PCR DIstributing, Co.

The form must be legible – no erasures, whiteouts, strikeovers acceptable if accompanied with initials.
THIS STATEMENT WAS FILED WITH THE RECORDER/COUNTY CLERK OF SAN DIEGO COUNTY AS INDICATED BY THE FILE STAMP ABOVE.

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW
(SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
IF SUBMITTING THE STATEMENT IN PERSON, THE REGISTRANT OR AGENT WILL BE ASKED TO PRESENT A VALID PHOTO ID FOR ALL THE FICTITIOUS BUSINESS NAME FILINGS.
IF SUBMITTING THE STATEMENT BY MAIL, THE REGISTRANT OR AGENT MUST ATTACH A COPY OF A VALID PHOTO ID OR A NOTARIZED CERTIFICATE OF ACKNOWLEDGEMENT.

CC231M (Rev. 01/01/15)

FEB 2 7 2025
This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

S.5o



1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P O BOX 121750, SAN DIEGO, CA 92112
(619) 237-0502

**Jordan Z. Marks**
**Recorder/County Clerk**
**County of San Diego**
www sdarcc gov

FBN# 2024-9015527

Jul 30, 2024  11:52 AM
FILED
JORDAN Z. MARKS,
SAN DIEGO COUNTY CLERK
FEES:  $54.00    PAGES: 1
Expires: Jul 30, 2029

Office Use Only
☑ **Government-Issued ID Verified**

# FICTITIOUS BUSINESS NAME STATEMENT

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code section 17913.

(1) **FICTITIOUS BUSINESS NAME(S):** (If more than two names, use FBN Additional Business Name form)

a   JAST
_____
Print Fictitious Business Name

b   _____
Print Fictitious Business Name

(2) **LOCATED AT:**   8524 Commerce Ave Ste B    /San Diego    /CA    /92121    /San Diego
Street Address (No P O  Box, Postal Facility, or PMB)    City    State    Zip Code    County (No Abbreviations)

8524 Commerce Ave Ste B    /San Diego    /CA    /92121
Business Mailing Address    City    State    Zip Code

(3) **REGISTRANT NAME AND BUSINESS MAILING ADDRESS** (If Corporation/LLC, name, as registered with Secretary of State) If more than two registrants, use FBN Additional
Registrants form

a   PCR Distributing Co.
_____
If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

8524 Commerce Ave Ste B    /San Diego    /CA    /92121
Business Mailing Address    City    State    Zip Code

California
_____
If Corporation or LLC - Print State of Incorporation/Organization

b   _____
If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

_____    /    /    /
Business Mailing Address    City    State    Zip Code

_____
If Corporation or LLC - Print State of Incorporation/Organization

(4) **THIS BUSINESS IS CONDUCTED BY:  (Check one)**

☐ A An Individual    ☐ E Joint Venture    ☐ I A Limited Liability Company
☐ B A Married Couple    ☒ F A Corporation    ☐ J Limited Liability Partnership
☐ C A General Partnership    ☐ G A Trust    ☐ K An Unincorporated Association-Other than a Partnership
☐ D A Limited Partnership    ☐ H Co-Partners    ☐ L State or Local Registered Domestic Partners

(5) **REGISTRANT FIRST BEGAN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE AS OF*:** 01/01/2014    (Cannot be a future date)
*INSERT N/A IF YOU HAVE NOT YET BEGUN TO TRANSACT BUSINESS    ENTER COMPLETE DATE (MM/DD/YYYY) OR N/A

I declare that all information in this statement is true and correct  (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and
Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) )

(6) Registrant Signature _D. P. A_____    Printed Name    David P Adams
(Original/Wet Signature Required)    (Print Name of Signer)

If a Corporation, Limited Liability Company (LLC), Limited Partnership (LP) or Limited Liability Partnership (LLP), the following must also be completed:

Corporation/LLC Name   PCR Distributing Co.    Officer Title of Signer   President
(For list of acceptable titles, see instructions #6)

**This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.**

NOTICE  IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY
CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE
RESIDENCE ADDRESS OF A REGISTERED OWNER  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION
14411 ET SEQ , BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 12/20/2023)

FEB 2 7 2025
This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

# Exhibit B

## THE DAILY TRANSCRIPT

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486  / Fax (619) 270-2503

This space for filing stamp only

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

SD#: 3284940

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of SAN DIEGO ) ss

Notice Type:  FNS - FIRST FILING

Ad Description:

JAST USA

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of THE DAILY TRANSCRIPT, a newspaper published in the English language in the City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date of 05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San Diego, CA 92123 County of SAN DIEGO
This business is registered by the following:
PCR Distributing Co., 5450 Complex St #302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a Corporation
The first day of business was: 01/01/2014
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County Clerk of San Diego County on 07/31/2019.
NOTICE: In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years (5) from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any changes in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration.
The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19
**SD-3284940#**

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

* A 0 0 0 0 0 5 2 1 3 4 4 7 *

Email

**THE DAILY TRANSCRIPT**

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486 / Fax (619) 270-2503

This space for filing stamp only

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California       )
County of SAN DIEGO      ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

**JAST USA**

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of THE DAILY TRANSCRIPT, a newspaper published in the English language in the City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date of 05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

|||||||||||||||||||||||||||||||||||||||||||||

* A 0 0 0 0 0 5 2 1 3 4 4 7 *

Email

SD#: 3284940

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San Diego, CA 92123 County of SAN DIEGO
This business is registered by the following:
PCR Distributing Co., 5450 Complex St #302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a Corporation
The first day of business was: 01/01/2014
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County Clerk of San Diego County on 07/31/2019.
NOTICE: In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years (5) from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any changes in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration.
The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19
SD-3284940#

FEB 2 6 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

R. Rubi-Jara

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502



**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

FBN# **2019-9018807**

Jul 31, 2019  12:12 PM
FILED
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY CLERK
FEES:  $42.00    PAGES: 1
Expires: Jul 31, 2024

## FICTITIOUS BUSINESS NAME STATEMENT

### FEE SCHEDULE

| | | |
|---|---|---|
| FILING: | $42.00 | (Includes one business name and one business owner on statement) |
| ADDITIONAL OWNER(S): | $5.00 | (Fee is exempt to include the name of a spouse when transacting business as a married couple) |
| ADD BUSINESS NAME(S): | $5.00 | (Fee applies to additional business names on statement at the same location) |
| ADDITIONAL COPIES: | $2.00 | (Additional $1.00 fee for a certification of copy) |

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code 17913.

**(1) FICTITIOUS BUSINESS NAME(S):**

a.   *JAST USA*
Print Fictitious Business Name(s)

b.   _____
Print Fictitious Business Name(s)

**(2) LOCATED AT:**   *5450 Complex ST #302 , SAN DIEGO , CA , SAN DIEGO , 92123*
Physical Business Address (No P.O. Box or Postal Mailbox Facilities)    City    State    County    Zip Code

_____
Mailing Address (If different from above)    City    State    Zip Code

**(3) REGISTRANT INFORMATION:** (Individual, Corp., LLC, Gen. Partner, etc.)

a.   *PCR DISTRIBUTING CO.*
Print Full Complete Name (e.g. First, Middle, Last or Corp./LLC)
*5450 COMPLEX ST #302 , SAN DIEGO , CA , 92123*
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)    City    State    Zip Code
*CALIFORNIA*
If Corporation or LLC – Print State of Incorporation/Organization

b.   _____
Print Full Complete Name (e.g. First, Middle, Last or Corp. /LLC)

_____
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)    City    State    Zip Code

_____
If Corporation or LLC – Print State of Incorporation/Organization

**(4) THIS BUSINESS IS CONDUCTED BY: (Please check one)**

- [ ] A. Individual
- [ ] B. Married Couple
- [ ] C. General Partnership
- [ ] D. Limited Partnership
- [ ] E. Joint Venture
- [x] F. Corporation
- [ ] G. Trust
- [ ] H. Co-Partners
- [ ] I. Limited Liability Company
- [ ] J. Limited Liability Partnership
- [ ] K. Unincorporated Association-Other than a Partnership
- [ ] L. State or Local Registered Domestic Partners

**(5) REGISTRANT FIRST COMMENCED TO TRANSACT BUSINESS UNDER THE ABOVE NAME(S) AS OF (MM/DD/YYYY):** *01/01/2014* (Cannot be a future date)
- [ ] CHECK HERE IF THE REGISTRANT HAS NOT YET BEGUN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

**(6)**  Print Name of Registrant:   *PETER PAYNE*      *PCR Distributing Co.*
(Print name as it appears above on the statement)

Signature of Registrant:   _____

Print Name of Signor:   *PCR DISTRIBUTING Co.*  *Peter Payne*   Print Title of Person Signing:  *PRESIDENT, CFO, DIRECTOR*
(If Corporation or LLC)    (If Corporation or LLC)

**This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.**
NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 07/5/17)

FEB 2 7 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

S.55



**2015-002335**

JAN-27-2015

FILED
**Ernest J. Dronenburg, Jr.**
SAN DIEGO COUNTY CLERK
FEES:      42.00
EXPIRES:  JAN-27-2020
DEPUTY:  JMURO

Form Instructions on Next Page

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502

Return Mailing Address
Name: **PCR Distributing Co.**
Address: **5555 Magnatron Blvd. St. J**
City: **San Diego**    State: **CA**    Zip Code: **92111**



**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

**BY MAIL**

## FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)
- ☑ Original- $42.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- ☐ Renewal- $42.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
EACH ADDITIONAL COPY IS $2.00 AND EACH ADDITIONAL CERTIFIED COPY IS $3.00
$5.00- EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER
$5.00- EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT SAME LOCATION.

| FOR OFFICIAL USE ONLY |
|---|
| TYPE OF IDENTIFICATION PROVIDED: [ ] REG  [ ] AGENT |
| [✓] DRIVER'S LICENSE   [ ] MILITARY ID   [ ] ACK |
| [ ] PASSPORT     [ ] OTHER_____ |

(1) FICTITIOUS BUSINESS NAME(S):     PLEASE NOTE: YOU WILL BE REQUIRED TO PRESENT A VALID PHOTO ID TO FILE THIS STATEMENT IN PERSON.

a. **JAST USA**

b. _____

Print Fictitious Business Name(s)

(2) LOCATED AT: **5555 Magnatron**    City **San Diego**   State **CA**   County **San Diego**   Zip Code **92111**
Street Address of Principal Place of Business (P. O. Box not accepted)

MAILING ADDRESS: **5555 Magnatron Blvd, Ste J San Diego, CA 92111**

(3) THIS BUSINESS IS REGISTERED BY THE FOLLOWING:

1. **PCR Distributing Co.**
Full Name/Corp/LLC
**5555 Magnatron Blvd. St. J**    City **San Diego**   State **CA**   Zip Code **92111**
Residence Address (P. O. Box not accepted)
**California**
If Corporation or LLC – Print State of Incorporation/Organization

2. _____
Full Name/Corp/LLC
_____   City _____  State _____  Zip Code _____
Residence Address (P. O. Box not accepted)
_____
If Corporation or LLC – Print State of Incorporation/Organization

(4)  THIS BUSINESS IS CONDUCTED BY: (Check one)

- ☐ A. An Individual
- ☐ B. A Married Couple
- ☐ C. A General Partnership
- ☐ D. A Limited Partnership
- ☐ E. Joint Venture
- ☑ F. A Corporation
- ☐ G. A Trust
- ☐ H. Co-Partners
- ☐ I. A Limited Liability Company
- ☐ J. Limited Liability Partnership
- ☐ K. An Unincorporated Association-Other than a Partnership
- ☐ L. State or Local Registered Domestic Partners

(5) THE FIRST DAY OF BUSINESS WAS: **01** / **01** / **14**    OR IF NOT STARTED YET, CHECK HERE☐ NOT APPLICABLE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

(6) REGISTRANT NAME **Peter Payne**    TITLE **President, CFO, Director**
(Print)    (Corp./LLC Print Title)

REGISTRANT SIGNATURE _____    IF CORP OR LLC, NAME **PCR DIstributing, Co.**

The form must be legible – no erasures, whiteouts, strikeovers acceptable if accompanied with initials.
THIS STATEMENT WAS FILED WITH THE RECORDER/COUNTY CLERK OF SAN DIEGO COUNTY AS INDICATED BY THE FILE STAMP ABOVE.

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
IF SUBMITTING THE STATEMENT IN PERSON, THE REGISTRANT OR AGENT WILL BE ASKED TO PRESENT A VALID PHOTO ID FOR ALL THE FICTITIOUS BUSINESS NAME FILINGS.
IF SUBMITTING THE STATEMENT BY MAIL, THE REGISTRANT OR AGENT MUST ATTACH A COPY OF A VALID PHOTO ID OR A NOTARIZED CERTIFICATE OF ACKNOWLEDGEMENT.

CC231M (Rev. 01/01/15)

FEB 2 7 2025
This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy
S·5ɔ



1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P O BOX 121750, SAN DIEGO, CA 92112
(619) 237-0502

**Jordan Z. Marks**
**Recorder/County Clerk**
**County of San Diego**
www.sdarcc.gov



FBN# 2024-9015527

Jul 30, 2024  11:52 AM
FILED
JORDAN Z. MARKS,
SAN DIEGO COUNTY CLERK
FEES:  $54.00    PAGES: 1
Expires: Jul 30, 2029

Office Use Only
☑ **Government-Issued ID Verified**

# FICTITIOUS BUSINESS NAME STATEMENT

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code section 17913.

(1)  FICTITIOUS BUSINESS NAME(S): (If more than two names, use FBN Additional Business Name form)

a  JAST
   Print Fictitious Business Name

b
   Print Fictitious Business Name

(2)  LOCATED AT: 8524 Commerce Ave Ste B       San Diego    CA    92121    San Diego
     Street Address (No P O Box, Postal Facility, or PMB)    City    State    Zip Code    County (No Abbreviations)

     8524 Commerce Ave Ste B       San Diego         CA    92121
     Business Mailing Address    City    State    Zip Code

(3)  REGISTRANT NAME AND BUSINESS MAILING ADDRESS (If Corporation/LLC, name, as registered with Secretary of State) If more than two registrants, use FBN Additional Registrants form

a  PCR Distributing Co.
   If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

   8524 Commerce Ave Ste B       San Diego         CA    92121
   Business Mailing Address    City    State    Zip Code

   California
   If Corporation or LLC - Print State of Incorporation/Organization

b
   If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

                                        City                State        Zip Code
   Business Mailing Address

   If Corporation or LLC - Print State of Incorporation/Organization

(4)  THIS BUSINESS IS CONDUCTED BY:  (Check one)
     ☐ A An Individual        ☐ E Joint Venture           ☐ I A Limited Liability Company
     ☐ B A Married Couple     ☒ F A Corporation           ☐ J Limited Liability Partnership
     ☐ C A General Partnership ☐ G A Trust                ☐ K An Unincorporated Association-Other than a Partnership
     ☐ D A Limited Partnership ☐ H Co-Partners            ☐ L State or Local Registered Domestic Partners

(5)  REGISTRANT FIRST BEGAN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE AS OF*: 01/01/2014          (Cannot be a future date)
     *INSERT N/A IF YOU HAVE NOT YET BEGUN TO TRANSACT BUSINESS        ENTER COMPLETE DATE (MM/DD/YYYY) OR N/A

     I declare that all information in this statement is true and correct  (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and
     Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) )

(6)  Registrant Signature _D.P.A_____        Printed Name  David P Adams
                          (Original/Wet Signature Required)                      (Print Name of Signer)

     If a Corporation, Limited Liability Company (LLC), Limited Partnership (LP) or Limited Liability Partnership (LLP), the following must also be completed:

     Corporation/LLC Name  PCR Distributing Co.              Officer Title of Signer  President
                                                                                      (For list of acceptable titles, see instructions #6)

**This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.**

NOTICE  IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY
CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE
RESIDENCE ADDRESS OF A REGISTERED OWNER  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION
14411 ET SEQ , BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 12/20/2023)

FEB 2 7 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy
S-50

# Exhibit C

**THE DAILY TRANSCRIPT**

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486 / Fax (619) 270-2503

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California          )
County of SAN DIEGO          ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

JAST USA

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of THE DAILY TRANSCRIPT, a newspaper published in the English language in the City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date of 05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

* A 0 0 0 0 0 5 2 1 3 4 4 7 *

Email

This space for filing stamp only

SD#: 3284940

**FICTITIOUS BUSINESS NAME**
**STATEMENT**
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San Diego, CA 92123 County of SAN DIEGO
This business is registered by the following:
PCR Distributing Co., 5450 Complex St #302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a Corporation
The first day of business was: 01/01/2014
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County Clerk of San Diego County on 07/31/2019.
NOTICE: In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years (5) from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any changes in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration.
The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19
SD-3284940#

## THE DAILY TRANSCRIPT

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486 / Fax (619) 270-2503

This space for filing stamp only

LAURA PIENTKA
5450 COMPLEX ST #302
SAN DIEGO, CA - 92123

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of SAN DIEGO ) ss

Notice Type: **FNS - FIRST FILING**

Ad Description:

**JAST USA**

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of THE DAILY TRANSCRIPT, a newspaper published in the English language in the City of SAN DIEGO, County of SAN DIEGO and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date of 05/13/2003, Case No. GIC808715. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

08/20/2019, 08/27/2019, 09/03/2019, 09/10/2019

Executed on: 09/10/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

\* A 0 0 0 0 0 5 2 1 3 4 4 7 \*

Email

SD #: 3284940

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 2019-9018807
Fictitious Business Name(s):
JAST USA
Located At: 5450 Complex St #302, San Diego, CA 92123 County of SAN DIEGO
This business is registered by the following:
PCR Distributing Co., 5450 Complex St #302, San Diego, CA 92123
State of Incorporation: California
This business is conducted by: a Corporation
The first day of business was: 01/01/2014
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
PCR Distributing Co.
S/ Peter Payne, President, CFO, Director
This statement was filed with the County Clerk of San Diego County on 07/31/2019.
NOTICE: In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years (5) from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any changes in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration.
The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code).
8/20, 8/27, 9/3, 9/10/19
SD-3284940#

FEB 2 6 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

R. Rubi-Jara

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502

**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

FBN# 2019-9018807

Jul 31, 2019  12:12 PM
FILED
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY CLERK
FEES: $42.00    PAGES: 1
Expires: Jul 31, 2024

## FICTITIOUS BUSINESS NAME STATEMENT

**FEE SCHEDULE**

| | | |
|---|---|---|
| FILING: | $42.00 | (Includes one business name and one business owner on statement) |
| ADDITIONAL OWNER(S): | $5.00 | (Fee is exempt to include the name of a spouse when transacting business as a married couple) |
| ADD BUSINESS NAME(S): | $5.00 | (Fee applies to additional business names on statement at the same location) |
| ADDITIONAL COPIES: | $2.00 | (Additional $1.00 fee for a certification of copy) |

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code 17913.

**(1) FICTITIOUS BUSINESS NAME(S):**

a. _JAST USA_
Print Fictitious Business Name(s)

b. _____
Print Fictitious Business Name(s)

**(2) LOCATED AT:** _5450 COMPLEX ST #302_ , _SAN DIEGO_ , _CA_ , _SAN DIEGO_ , _92123_
Physical Business Address (No P.O. Box or Postal Mailbox Facilities)  City  State  County  Zip Code

_____ , _____ , _____ , _____
Mailing Address (if different from above)  City  State  Zip Code

**(3) REGISTRANT INFORMATION:** (Individual, Corp., LLC, Gen. Partner, etc.)

a. _PCR DISTRIBUTING CO._
Print Full Complete Name (e.g. First, Middle, Last or Corp. /LLC)

_5450 COMPLEX ST #302_ , _SAN DIEGO_ , _CA_ , _92123_
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)  City  State  Zip Code

_CALIFORNIA_
If Corporation or LLC – Print State of Incorporation/Organization

b. _____
Print Full Complete Name (e.g. First, Middle, Last or Corp. /LLC)

_____ , _____ , _____ , _____
Residence Address, if Corp. or LLC enter physical address (No P.O. Box or Postal Mailbox Facilities)  City  State  Zip Code

_____
If Corporation or LLC – Print State of Incorporation/Organization

**(4) THIS BUSINESS IS CONDUCTED BY: (Please check one)**

- [ ] A. Individual
- [ ] B. Married Couple
- [ ] C. General Partnership
- [ ] D. Limited Partnership
- [ ] E. Joint Venture
- [x] F. Corporation
- [ ] G. Trust
- [ ] H. Co-Partners
- [ ] I. Limited Liability Company
- [ ] J. Limited Liability Partnership
- [ ] K. Unincorporated Association-Other than a Partnership
- [ ] L. State or Local Registered Domestic Partners

**(5) REGISTRANT FIRST COMMENCED TO TRANSACT BUSINESS UNDER THE ABOVE NAME(S) AS OF** (MM/DD/YYYY): _01/01/2014_ (Cannot be a future date)
- [ ] CHECK HERE IF THE REGISTRANT HAS NOT YET BEGUN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

**(6)** Print Name of Registrant: _PETER PAYNE_  _PCR Distributing Co._
(Print name as it appears above on the statement)

Signature of Registrant: _____

Print Name of Signor: _PCR DISTRIBUTING Co. Peter Payne_  Print Title of Person Signing: _PRESIDENT, CFO, DIRECTOR_
(If Corporation or LLC)  (If Corporation or LLC)

**This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.**

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 07/5/17)

FEB 2 7 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

S.55



**2015-002335**



JAN-27-2015

FILED
**Ernest J. Dronenburg, Jr.**
SAN DIEGO COUNTY CLERK
FEES:      42.00
EXPIRES:  JAN-27-2020
DEPUTY: JMURO

Form Instructions on Next Page

1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P.O. BOX 121750, SAN DIEGO, CA 92112-1750
(619) 237-0502

Return Mailing Address
Name: PCR Distributing Co.
Address: 5555 Magnatron Blvd. St. J
City: San Diego    State: CA    Zip Code: 92111

**Ernest J. Dronenburg, Jr.**
**County of San Diego**
**Recorder/County Clerk**
www.sdarcc.com

**BY MAIL**

## FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)
☑ Original- $42.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
☐ Renewal- $42.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
EACH ADDITIONAL COPY IS $2.00 AND EACH ADDITIONAL CERTIFIED COPY IS $3.00
$5.00- EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER
$5.00- EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT SAME LOCATION.

| FOR OFFICIAL USE ONLY |
|---|
| TYPE OF IDENTIFICATION PROVIDED: [ ] REG  [ ] AGENT |
| [ ] DRIVER'S LICENSE   [ ] MILITARY ID   [ ] ACK |
| [ ] PASSPORT           [ ] OTHER_____ |

(1) FICTITIOUS BUSINESS NAME(S):    PLEASE NOTE: YOU WILL BE REQUIRED TO PRESENT A VALID PHOTO ID TO FILE THIS STATEMENT IN PERSON.

a. JAST USA

b. _____

PRINT FICTITIOUS BUSINESS NAME(S)

(2) LOCATED AT: 5555 Magnatron / San Diego / CA / San Diego / 92111
STREET ADDRESS OF PRINCIPAL PLACE OF BUSINESS (P. O. BOX NOT ACCEPTED) / CITY / STATE / COUNTY / Zip Code

MAILING ADDRESS: 5555 Magnatron Blvd, Ste J San Diego, CA 92111

(3) THIS BUSINESS IS REGISTERED BY THE FOLLOWING:

1. PCR Distributing Co.
Full Name/Corp/LLC
5555 Magnatron Blvd. St. J / San Diego / CA / 92111
Residence Address (P. O. Box not accepted) / City / State / Zip Code
California
If Corporation or LLC – Print State of Incorporation/Organization

2. _____
Full Name/Corp/LLC
_____
Residence Address (P. O. Box not accepted) / City / State / Zip Code
_____
If Corporation or LLC – Print State of Incorporation/Organization

(4)   THIS BUSINESS IS CONDUCTED BY: (Check one)

| | |
|---|---|
| ☐ A. An Individual | ☐ E. Joint Venture |
| ☐ B. A Married Couple | ☑ F. A Corporation |
| ☐ C. A General Partnership | ☐ G. A Trust |
| ☐ D. A Limited Partnership | ☐ H. Co-Partners |

☐ I. A Limited Liability Company
☐ J. Limited Liability Partnership
☐ K. An Unincorporated Association-Other than a Partnership
☐ L. State or Local Registered Domestic Partners

(5) THE FIRST DAY OF BUSINESS WAS:  01 / 01 / 14  OR IF NOT STARTED YET, CHECK HERE ☐ NOT APPLICABLE

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

(6) REGISTRANT NAME  Peter Payne    TITLE President, CFO, Director
(Print)    (Corp./LLC Print Title)

REGISTRANT SIGNATURE _____  IF CORP OR LLC, NAME  PCR DIstributing, Co.

The form must be legible – no erasures, whiteouts, strikeovers acceptable if accompanied with initials.
THIS STATEMENT WAS FILED WITH THE RECORDER/COUNTY CLERK OF SAN DIEGO COUNTY AS INDICATED BY THE FILE STAMP ABOVE.

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF
THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER
THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW
(SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
IF SUBMITTING THE STATEMENT IN PERSON, THE REGISTRANT OR AGENT WILL BE ASKED TO PRESENT A VALID PHOTO ID FOR ALL THE FICTITIOUS BUSINESS NAME FILINGS.
IF SUBMITTING THE STATEMENT BY MAIL, THE REGISTRANT OR AGENT MUST ATTACH A COPY OF A VALID PHOTO ID OR A NOTARIZED CERTIFICATE OF ACKNOWLEDGEMENT.

CC231M (Rev. 01/01/15)

FEB 2 7 2025

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy

S.50



1600 PACIFIC HIGHWAY, SUITE 260, SAN DIEGO, CA 92101
P O BOX 121750, SAN DIEGO, CA 92112
(619) 237-0502

Office Use Only
☑ Government-Issued ID Verified

**Jordan Z. Marks**
**Recorder/County Clerk**
**County of San Diego**
www sdarcc gov



FBN# 2024-9015527

Jul 30, 2024   11:52 AM
FILED
JORDAN Z. MARKS,
SAN DIEGO COUNTY CLERK
FEES:   $54.00      PAGES: 1
Expires: Jul 30, 2029

# FICTITIOUS BUSINESS NAME STATEMENT

All information on this statement is public information and is required to appear in the newspaper pursuant to Business and Professions Code section 17913.

(1)  FICTITIOUS BUSINESS NAME(S): (If more than two names, use FBN Additional Business Name form)

a    JAST
Print Fictitious Business Name

b
Print Fictitious Business Name

(2)  LOCATED AT:   8524 Commerce Ave Ste B      /San Diego    /CA    /92121    /San Diego
Street Address (No P O Box, Postal Facility, or PMB)    City    State    Zip Code    County (No Abbreviations)

8524 Commerce Ave Ste B      /San Diego    /CA    /92121
Business Mailing Address    City    State    Zip Code

(3)  REGISTRANT NAME AND BUSINESS MAILING ADDRESS (If Corporation/LLC, name, as registered with Secretary of State) If more than two registrants, use FBN Additional
Registrants form

a    PCR Distributing Co.
If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

8524 Commerce Ave Ste B      /San Diego    /CA    /92121
Business Mailing Address    City    State    Zip Code

California
If Corporation or LLC - Print State of Incorporation/Organization

b
If Individual - Spell Out First, Middle, and Last Name or Corp/LLC

/    /    /
Business Mailing Address    City    State    Zip Code

If Corporation or LLC - Print State of Incorporation/Organization

(4)  THIS BUSINESS IS CONDUCTED BY:  (Check one)

☐ A An Individual    ☐ E Joint Venture    ☐ I A Limited Liability Company
☐ B A Married Couple    ☒ F A Corporation    ☐ J Limited Liability Partnership
☐ C A General Partnership    ☐ G A Trust    ☐ K An Unincorporated Association-Other than a Partnership
☐ D A Limited Partnership    ☐ H Co-Partners    ☐ L State or Local Registered Domestic Partners

(5)  REGISTRANT FIRST BEGAN TO TRANSACT BUSINESS UNDER THE NAME(S) ABOVE AS OF*: 01/01/2014    (Cannot be a future date)
ENTER COMPLETE DATE (MM/DD/YYYY) OR N/A
*INSERT N/A IF YOU HAVE NOT YET BEGUN TO TRANSACT BUSINESS

I declare that all information in this statement is true and correct  (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and
Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) )

(6)  Registrant Signature _D. P. Ad_____    Printed Name  David P Adams
(Original/Wet Signature Required)    (Print Name of Signer)

If a Corporation, Limited Liability Company (LLC), Limited Partnership (LP) or Limited Liability Partnership (LLP), the following must also be completed:

Corporation/LLC Name   PCR Distributing Co.    Officer Title of Signer  President
(For list of acceptable titles, see instructions #6)

**This statement was filed with the San Diego Recorder/County Clerk as indicated by the file stamp above.**

NOTICE  IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS (5) FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY
CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE
RESIDENCE ADDRESS OF A REGISTERED OWNER  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION
14411 ET SEQ , BUSINESS AND PROFESSIONS CODE)

CC230 (Rev. 12/20/2023)

FEB 2 7 2025
This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

JORDAN Z. MARKS
Assessor/Recorder/Clerk
San Diego County, California

Deputy
S-50

# Exhibit D



# Exhibit E



[Shiwasu no Okina] **Koko Kara Saki wa Sex Desu!! #8 (Boku no Seieki de Honpuku Kaiyu!!) [English] [Komori Translations] [Digital]**

[師走の翁] ここから先はセックスです‼ **#8** (僕の精液で本復快癒!!) [英訳] [DL版]

#543331

Tags: sole male 135K  group 105K  blowjob 78K  dark skin 38K  full censorship 29K  ffm threesome 29K  hairy 23K  sweating 17K  harem 12K  tomboy 5K  pixie cut 2K  multimouth blowjob 1K

Artists: shiwasu no okina 532

Languages: translated 222K  english 119K

Categories: manga 116K

Pages: 30

Uploaded: 2 months, 2 weeks ago



# Exhibit F



# Exhibit G

