John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Admitted Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California, | Case No. 2:24-mc-07453-CV-AJR |
| Plaintiff | **DECLARATION OF JENNIFER M. RYNELL IN SUPPORT OF NHENTAI.NET'S REPLY ON MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)) AND STRIKE (FED. R. CIV. P. 12(f))** |
| vs. | |
| JOHN DOES 1-20 d/b/a NHENTAI.NET, | |
| Defendants | Date: March 28, 2025<br>Time: 1:30 p.m.<br>ace: First Street Courthouse<br>350 W. 1st Street, Courtroom 5D<br>5th Floor<br>Los Angeles, California 90012<br>Honorable Judge Cynthia Valenzuela |

I, Jennifer M. Rynell, hereby state and declare as follows:

1. I am a partner in the law firm of Wilson Whitaker Rynell in Dallas, Texas and one of the attorneys for Nhentai.net admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts stated herein.

2. I provide this declaration in support of Nhentai.net's ("Nhentai.net") Reply on its Motions to Dismiss and/or Strike ("Motions").

3. During the meet-and-confer prior to the filing of the Motions, Plaintiff's counsel stated that he had never seen the Copyright Office correspondence relating to the asserted copyrights.

4. During the meet-and-confer prior to the filing of the Motions, when I raised the issue of the very narrow scope of the asserted copyrights, if any, counsel for Plaintiff stated that Plaintiff would go back to the artists, file new copyrights, and then sue Nhentai.net again.

5. During the meet-and-confer prior to the filing of the Motions, Plaintiff's counsel represented he had a copy of the fictitious business name filing at issue. I requested a copy of that document, explaining that we had been unable to locate it with the number provided in Plaintiff's First Amended Complaint ("FAC"). No such document was ever provided by Plaintiff's counsel prior to the filing of Plaintiff's opposition to the Motions seven days ago.

6. Much of the content of the material in the asserted copyrights depicts characters performing sex acts with short phrases or sounds that accompany the acts.

7. I was able to locate on another website what appears to actually be the first page or cover of the work "Sexual Healing." I last visited https://hmarket.io/shop/sexual-healing/ on March 14, 2025. **Exhibit A** attached hereto is a true and correct partial screenshot of what appeared at the URL https://hmarket.io/shop/sexual-healing/ on the date visited, which has been redacted to remove the sexually explicit image below the title of the work "Sexual Healing."

8.  Clicking the link in Plaintiff's FAC, Exhibit C to "Sexual Healing" ***does not yield the result*** in the partial image with the title "Sexual Healing" shown in the Reply and in Exhibit A attached hereto.

9.  The newly asserted work in the FAC called "She's Somebody's Spouse" (TXu002391218) – when you click the link directly in the FAC ¶ 59 – shows that it was uploaded four years and two months ago, as of the date of this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2025 in Dallas, Texas.

*/s/ Jennifer M. Rynell*

## CERTIFICATE OF SERVICE

On March 14, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California via CM/ECF. I hereby certify that I thereby have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local Rules.

*/s/ Jennifer M. Rynell*