# "EXHIBIT A"




HOME / SHOP / BOOKS / TANKOUBON / SEXUAL HEALING



## SEXUAL HEALING

**Artist:** Shiwasu no Okina
**Publisher:** J18
**Ships from:** USA

**$29.99**

When a deadly pandemic ravages the world, one young man's body holds the cure... and there's only one good way to get it out of him!

[ 1 ]   **Add to cart**

### Description

Shiwasu no Okina's latest tankoubon *Sexual Healing* comes to J18 Publishing! The world is in the clutches of a mysterious pandemic, and one boy holds the key to creating individualized medicine to cure it inside his very own body—but once he makes the medicine, someone else has to get it out!

After barely surviving a battle with a deadly virus, Kumokawa Akira is granted a second chance at life when Doctor Kanda Tomoko realizes his body can synthesize a cure to the pandemic plaguing the world! To diagnose a potential infection, all he needs is a saliva sample—and to create the cure, just a sample of the subject's bodily fluids! Of course, once the cure is made, the subject has to drink it... and that part's the most fun of all! Every day, Kumokawa heads to school to prevent, diagnose, and treat this strange new disease among his peers: sometimes it's a makeout session and a quickie in the nurse's office, and when he's pressed for time it's a full-blown orgy in the back of the classroom! Sports are important too, so Kumokawa might as well have sweaty sex with the whole basketball team... and


