John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR DEFENDANT**
**X SEPARATOR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO. | Case No. 2:24-cv-07453-CV-AJR |
| *Plaintiff* | **STATUS REPORT** |
| vs. | |
| JOHN DOES 1-20 d/b/a NHENTAI.NET | |
| *Defendants* | Judge: Honorable Cynthia Valenzuela |

Pursuant to the April 8, 2025 Order of the Court, which was entered on April 10, 2025 (Dkt. No. 58), the defendant formerly identified as the entity that owns www.nhentai.net hereby files this Status Report "identifying the entity or entities appearing as Defendant(s) in this case." The name of this entity is X Separator LLC.

**DATED**: April 15, 2025                    Respectfully submitted,

By: */s/ Jennifer M. Rynell*
John T. Wilson (*Pro Hac Vice*)
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak
State Bar No. 91510
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

1

## CERTIFICATE OF SERVICE

2      On April 15, 2025, I filed the foregoing document with the clerk of court for

3  the U.S. District Court, Central District of California via CM/ECF. I hereby certify

4  that I thereby have served the document on all counsel and/or pro se parties of record

5  by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local

6  Rules.

7                                                    */s/ Jennifer M. Rynell*
                                                   Jennifer M. Rynell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27