NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
John T. Wilson
Jennifer M. Rynell
WILSON WHITAKER RYNELL
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248  (T): 972-248-8080
ATTORNEYS FOR DEFENDANT X SEPARATOR LLC

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PCR DISTRIBUTING CO. | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | 2:24-cv-07453-CV-AJR |
| v. | |
| JOHN DOES 1-10 d/b/a NHENTAI.NET AND NHENTAI.TO | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant X Separator LLC_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| X Separator LLC | Defendant |
| PCR Distributing Co. | Plaintiff |

4/25/2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jennifer M. Rynell

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES