**STANDARD SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the Court will set them.

| Case No. 24-cv-07453-CV-AJR | Case Name: | PCR Distributing Co. v. John Does 1-10 | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Check one:  x Jury Trial   or   ☐ Bench Trial <br> [Tuesday at 9:00 a.m. within 13–16 months of Scheduling Conference] <br> Estimated Duration: _____ Days | | 09/08/2026 | |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine <br> [Friday at 1:30 p.m. at least 17 days before trial] | | 08/14/2026 | |
| **Event** <br> Note: Hearings shall be on Fridays at 1:30 p.m. <br> Other dates can be any day of the week. | **Time Computation** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 91 days after scheduling conference | | |
| Fact Discovery Cut-Off [Friday] <br> (no later than deadline for filing dispositive motion) | 21 weeks before FPTC | 03/20/2026 | |
| Expert Disclosure (Initial) | 20 weeks before FPTC | 03/27/2026 | |
| Expert Disclosure (Rebuttal) | 18 weeks before FPTC | 04/10/2026 | |
| Expert Discovery Cut-Off | 16 weeks before FPTC | 04/24/2026 | |
| Last Date to Hear Motions [Friday] <br> • Joint Brief due at least 28 days before hearing <br> • Supplemental Memoranda (if any) due 14 days before hearing | 9 weeks before FPTC | 06/12/2026 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] <br> Select one:  ☐ 1. Magistrate Judge (with Court approval) <br> ☐ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | 5 weeks before FPTC | 07/10/2026 | |
| Trial Filings (first round) [Friday] <br> • Motions in Limine <br> • Memoranda of Contentions of Fact and Law [L.R. 16-4] <br> • Witness Lists [L.R. 16-5] <br> • Joint Exhibit List [L.R. 16-6.1] <br> • Joint Status Report Regarding Settlement <br> • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) <br> • Declarations Containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 07/17/2026 | |
| Trial Filings (second round) [Friday] <br> • Oppositions to Motions in Limine <br> • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] <br> • Joint Agreed Upon Proposed Jury Instructions (jury trial only) <br> • Disputed Proposed Jury Instructions (jury trial only) <br> • Joint Proposed Verdict Forms (jury trial only) <br> • Joint Proposed Statement of the Case (jury trial only) <br> • Proposed Voir Dire Questions, if any (jury trial only) <br> • Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 07/31/2026 | |

Rev. 3/31/25