Eric Bjorgum (State Bar No. 198392)
Eric.bjorgum@bjorgumlaw.com
**BJORGUM LAW**
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone: (213) 596-6390
Facsimile: (213) 596-6399
**Attorneys for Plaintiff PCR Distributing, Co.**

John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*
**ATTORNEYS FOR DEFENDANT**
**X SEPARATOR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO. | Case No. 2:24-cv-07453-CV-AJR |
| *Plaintiff* | **NOTICE OF LODGING OF PROPOSED STIPULATED PROTECTIVE ORDER** |
| vs. | |
| JOHN DOES 1-10 d/b/a NHENTAI.NET AND NHENTAI.TO | |
| *Defendants* | Judge: Honorable Cynthia Valenzuela<br>Magistrate: Honorable A. Joel Richlin |

Plaintiff PCR Distributing Co. ("Plaintiff") and Defendant X Separator LLC ("Defendant") file this Notice of Lodging of Proposed Stipulated Protective Order and in support of said Notice would respectfully show the Court the following:

Pursuant to L.R. 5-4.1 *et seq.*, the parties have agreed to the Proposed Stipulated Protective Order attached hereto as **Exhibit 1** and hereby submit the Order for review and approval by the Court. A redline comparison is also being submitted contemporaneously herewith via electronic mail to Magistrate Richlin's chambers that shows all differences between the submitted order and the Court's model order.

DATED: June 27, 2025

Respectfully submitted,

By: /s/Eric Bjorgum
Eric Bjorgum
(State Bar No. 198392)
Eric.bjorgum@bjorgumlaw.com
**BJORGUM LAW**
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone:  (213) 596-6390
Facsimile:   (213) 596-6399

**ATTORNEYS FOR PLAINTIFF PCR DISTRIBUTING, CO.**

By: */s/ Jennifer M. Rynell*
John T. Wilson (Pro Hac Vice)
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

# PROOF OF SERVICE

On June 27, 2025, I served the foregoing document – **NOTICE OF LODGING OF PROPOSED STIPULATED PROTECTIVE ORDER** - on all counsel of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) and the Local Rules. The method of service employed was via electronic mail by agreement of the parties:

Eric Bjorgum (State Bar No. 198392)
Eric.bjorgum@bjorgumlaw.com
Martin H. Pritikin (State Bar No. 210845)
marty@procel-law.com
BJORGUM LAW, PC
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone:  (213) 596-6390
Facsimile:   (213) 596-6399
Attorney for Plaintiff PCR Distributing, Co.

/s/ *Jennifer M. Rynell*
Jennifer M. Rynell