John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*
Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET,<br><br>*Defendants* | Case No. 2:24-cv-07453-CV-AJR<br><br>**DEFENDANT X SEPARATOR LLC'S NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** Filed herewith: Exhibits A and B, Proposed Order<br><br>Date: Friday, October 3, 2025;<br>Time: 1:30 p.m.<br>Place: First Street Courthouse<br>350 W. 1st Street, Courtroom 10B<br>10th Floor<br>Los Angeles, California 90012<br>Honorable Judge Cynthia Valenzuela<br>Trial Date: None set |

**PLEASE TAKE NOTICE** that on October 3, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at First Street Courthouse, 350 W. 1st Street, Courtroom 10B, 10th Floor, Los Angeles, California 90012, Defendant X Separator LLC ("Defendant" or "X Separator") hereby moves this Court for an order granting Defendant leave to file a First Amended Answer, Affirmative Defenses, and Counterclaims ("Motion"). A clean copy of the proposed First Amended Answer, Affirmative Defenses, and Counterclaims is attached hereto as **Exhibit A**. A redlined copy of the proposed First Amended Answer, Affirmative Defenses, and Counterclaims is attached hereto as **Exhibit B**. This motion is made following the conference of counsel pursuant to L. R. 7-3, which took place on July 25, 2025 via telephone and during which counsel for Plaintiff stated that Plaintiff does not oppose Defendant's Motion.

The proposed substantive amendments include the addition of counterclaims for fraud/intentional misrepresentation and negligent misrepresentation and new factual allegations in support thereof at page 19-26, paragraphs 1-54; Defendant's Prayer for Relief, and Jury Demand. These claims are asserted against Plaintiff PCR Distributing Co. and its stated d/b/a's J18 Publishing and JAST. There are also minor revisions to the title of the document and introductory paragraph on pages 1 and 2 of the First Amended Answer, Affirmative Defenses, and Counterclaims.

This Motion is made on the grounds that, under the liberal pleading standards of Federal Rule of Civil Procedure 15, a motion for leave to amend should only be denied if the nonmovant can show undue prejudice, undue delay, bad faith or dilatory motive, or futility. Allowing Defendant to amend its answer and assert counterclaims will not cause Plaintiff any prejudice, will not delay resolution of this case, it is not brought in bad faith, and no dilatory motive exists. The proposed amendments are timely, meritorious, are offered in good faith, and for good reasons. Further, Plaintiff's counsel has stated that Plaintiff *does not oppose* this Motion.

Defendant requests an order that it may file its proposed First Amended Answer, Affirmative Defenses, and Counterclaims as a separate document in the Court's CM/ECF System. This Motion is based on this Notice of Motion and Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims and the Memorandum of Points and Authorities in support, the clean and redlined proposed First Amended Answer, Affirmative Defenses, and Counterclaims filed concurrently herewith, documents on file in this action; and such further or additional evidence or argument as may be presented relating to the Motion.

**DATED**: August 25, 2025         Respectfully submitted,

By: */s/ Jennifer M. Rynell*
John T. Wilson (*Pro Hac Vice*)
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak
State Bar No. 91510
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant X Separator LLC ("Defendant" or "X Separator") hereby moves the Court for leave to file a First Amended Answer, Affirmative Defenses, and Counterclaims pursuant to Federal Rule of Civil Procedure 15.

# THE PROPOSED AMENDMENTS

Defendant's proposed substantive amendments include the addition of counterclaims for fraud/intentional misrepresentation and negligent misrepresentation and new factual allegations in support thereof at page 19-26, paragraphs 1-54; Defendant's Prayer for Relief, and Jury Demand. These claims are asserted against Plaintiff PCR Distributing Co. and its stated d/b/a's J18 Publishing and JAST. There are also minor revisions to the title of the document and introductory paragraph on pages 1 and 2 of the First Amended Answer, Affirmative Defenses, and Counterclaims.

# ARGUMENTS AND AUTHORITIES

Under the liberal pleading standards of Federal Rule of Civil Procedure 15, leave to amend should be freely given whenever justice requires. Fed. R. Civ. P. 15(a)(2). This policy is applied with "extraordinary liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Under Supreme Court and Ninth Circuit precedent, leave to amend pleadings should be granted in the absence of a showing by the nonmovant of undue prejudice, undue delay, bad faith or dilatory motive, or futility. *See e.g.*, *Foman v. Davis,* 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962); *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051–52 (9th Cir. 2003).

In addition to the fact that the Motion is unopposed, allowing Defendant to amend its answer and assert counterclaims will not cause Plaintiff any prejudice, and will not delay resolution of this case. This Motion and the accompanying counterclaims are not brought in bad faith and no dilatory motive exists. The

proposed amendments are timely, meritorious, are offered in good faith, and for good reasons. In this case, no scheduling order has been entered - only a proposal filed by the parties in conjunction with the Rule 26(f) Report, no trial date has been set, and no scheduling conference has occurred.

## CONCLUSION

Defendant respectfully asks the Court to grant it leave to amend its pleadings as shown in **Exhibit A** (proposed First Amended Answer, Affirmative Defenses, and Counterclaims) and **Exhibit B** (redline of proposed First Amended Answer, Affirmative Defenses, and Counterclaims).

DATED: August 25, 2025          Respectfully submitted,

By: /s/ Jennifer M. Rynell
  John T. Wilson (*Pro Hac Vice*)
  Texas Bar No. 24008284
  Jennifer M. Rynell*
  Texas Bar No. 24033025
  eservice@wwrlegal.com
  **WILSON WHITAKER RYNELL**
  Wilson Legal Group P.C.
  16610 Dallas Parkway, Suite 1000
  Dallas, Texas 75248
  (T) 972-248-8080
  (F) 972-248-8088
  *Pro Hac Vice*

  Glenn T. Litwak
  State Bar No. 91510
  glenn@glennlitwak.com
  **LAW OFFICES OF GLENN T. LITWAK**
  201 Santa Monica Boulevard, Suite 300
  Santa Monica, California 90401
  (T): 323-518-2826
  (F): 310-207-4180
  **ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

## L.R. 7-3 CERTIFICATE OF CONFERENCE OF COUNSEL PRIOR TO FILING OF MOTION

I hereby certify that this Motion is made following the conference of counsel pursuant to Local Rule 7-3. The conference of counsel took place by phone on July 25, 2025 (at least 7 days prior to the filing of the Motion). Counsel for Defendant disclosed the bases and substance of the Motion and the parties discussed the substance thoroughly. Counsel for Plaintiff stated during that conference that Plaintiff was *not opposed* to the Motion.

                 */s/ Jennifer M. Rynell*
                 Jennifer M. Rynell

## L.R. 11-6.2. CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Defendant certifies that this brief (including the notice of motion and memorandum of points and authorities) contains 1,123 words, which complies with the word limit of L.R. 11-6.1.

                 */s/ Jennifer M. Rynell*
                 Jennifer M. Rynell