John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180
**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET,<br><br>*Defendants* | Case No. 2:24-cv-07453-CV-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X SEPARATOR LLC'S NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Date: Friday, October 3, 2025;<br>Time: 1:30 p.m.<br>Place: First Street Courthouse<br>350 W. 1st Street, Courtroom 10B<br>10th Floor<br>Los Angeles, California 90012<br>Honorable Judge Cynthia Valenzuela<br>Trial Date: None set |

On August 25, 2025, Defendant X Separator LLC ("Defendant") filed its Unopposed Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims ("Motion").

The Court, having considered Defendant's Motion and good cause having been found hereby GRANTS the Motion and ORDERS that:

Defendant is granted leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims as a separate document in the Court's CM/ECF System.

**IT IS SO ORDERED.**

_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE