**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PCR DISTRIBUTING CO.<br><br>　　　　　　　　　　　PLAINTIFF(S)<br><br>　v.<br><br>JOHN DOES, et al.<br><br>　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:24−cv−07453−CV−AJR<br><br><br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

　　　　　　　　　　　X Hearing Required

　　　　　　　　　　　X Video Conference


Magistratet Judge: A. Joel Richlin

Date/Time:　　 March 11, 2026 at  03:30 PM

Courtroom:


　March 11, 2026　　　　　　　　　　　By  /s/ *Ashley D Silva−Elder*
　　Date　　　　　　　　　　　　　　　　　　　Deputy Clerk


CV−19 (11/21)　　　MOTION RE: INFORMAL DISCOVERY DISPUTE