## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07453-CV-AJR | Date | March 11, 2026 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|
| Ashley Silva-Elder | C/S 3/11/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| A. Eric Bjorgum | Jennifer M. Rynell<br>John T. Wilson |

**Proceedings:** MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE AND ORDER SCHEDULING FURTHER INFORMAL DISCOVERY VIDEOCONFERENCE

On March 11, 2026, the Court held an informal discovery conference to discuss a dispute related to the production of artist agreements. The Court received an overview of the issues from the parties via email and also heard oral argument from the parties during the hearing. Based on the discussion with the parties, the Court directed Plaintiff's counsel to confer with his client about which copyrighted works it ultimately wants to pursue in the case, with the understanding that Plaintiff will need to produce the relevant artist agreements for all of the works at issue. The Court further advised that Plaintiff will need to produce those agreements unredacted, except for the royalty terms (given that Plaintiff has waived its right to recover actual damages), and any residential address for an artist (so long as the artist agrees to accept service of process through Plaintiff's counsel). To the extent the artist agreements have proprietary business terms, they can be produced subject to an Attorneys' Eyes Only designation. Plaintiff's counsel agreed to confer with his client and then provide an update to defense counsel to see if the current discovery dispute is resolved. Assuming the dispute gets resolved, the parties should agree on a deadline for Plaintiff to produce the artist agreements for the copyrighted works that Plaintiff is pursuing in the case.

The Court scheduled a further informal discovery conference by Zoom for **March 19, 2026 at 2:30 p.m.** The Courtroom Deputy Clerk will email a link to the parties to join the videoconference. The parties are directed to provide a joint email update no later than **5:00 p.m. on March 18, 2026**. If the dispute is resolved, then the parties can request that the Court vacate the further hearing.

IT IS SO ORDERED.                                                                                                    00:27