# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07453-CV-AJR | Date | March 19, 2026 |
|---|---|---|---|
| Title | PCR Distributing Co. v. John Does | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 3/19/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| A. Eric Bjorgum | Jennifer M. Rynell<br>John T. Wilson |

**Proceedings:**      MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On March 19, 2026, the Court held an informal discovery conference to discuss a dispute related to the production of artist agreements and other documentation that provide standing to Plaintiff to assert claims for copyright infringement. Specifically, Defendant served requests for production on Plaintiff seeking the underlying documentation which establishes Plaintiff's right to assert copyright infringement claims on behalf of certain artists related to their works. Plaintiff has agreed to produce such underlying documentation for all works it intends to assert in this case. That documentation will be produced no later than **February 27, 2026**. Provided that Plaintiff sends Defendant written confirmation that it is waiving it's right to recover actual damages, Plaintiff may redact from the documentation any royalty terms because those terms are highly confidential and not relevant in light of Plaintiff's waiver of actual damages. Plaintiff may also redact the residential address of any artist provided that Plaintiff sends Defendant written confirmation that it is authorized to accept service of process for that artist. To the extent the documentation contains proprietary business terms, the documents can be produced subject to an Attorneys' Eyes Only designation. The Court appreciates the parties' willingness to resolve this dispute informally and their agreement to the forgoing terms. The Court will enforce this agreement as an Order of the Court.

IT IS SO ORDERED.

<u>00:15</u>