**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PCR DISTRIBUTING CO.

PLAINTIFF(S)

v.

JOHN DOES, et al.

DEFENDANT(S).

CASE NUMBER

2:24−cv−07453−CV−AJR

**MOTION RE INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: A. Joel Richlin

Date/Time: November 19, 2026 at 10:00 AM

Courtroom: 550

November 17, 2026
Date

By /s/ *Nicholas T Huynh*
Deputy Clerk