# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:24-cv-07453-CV-AJR** | Date | November 19, 2026 |
| Title | PCR Distributing Co. v. John Does | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
| Nicholas Huynh | C/S 11/19/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Alfred E. Bjorgum, Esq. | Jennifer M. Rynell, Esq.<br>John T. Wilson, Esq. |

**Proceedings:** **MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE**

On November 19, 2026, the Court held an informal discovery conference to discuss Defendant X-Separator LLC's Motion to Quash Subpoena. (Dkt. 79.) The parties are working on a stipulation to stay compliance with the subpoena pending resolution of the motion on the merits. Assuming the parties get that finalized and filed later today, the Court will sign the stipulation and stay compliance which allows the Court and the parties more time to consider this motion. Therefore, the Court sets a deadline of **November 27, 2026** for Plaintiff to file a supplemental opposition to the motion and then Defendant X-Seperator LLC shall have until **December 4, 2026** to file a reply to the supplemental opposition. In the event Plaintiff decides to withdraw the subpoena for now, Plaintiff can file a notice of withdrawal providing confirmation that the subpoena recipient has been notified of the withdrawal and then the Court will deny the motion to quash as moot.

IT IS SO ORDERED.

| | |
|---|---|
| | 0:14 |
| **Initials of Preparer** | NTH |