John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR X SEPARATOR LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| PCR DISTRIBUTING CO., a company organized under the laws of California,<br><br>*Plaintiff,*<br><br>vs.<br><br>JOHN DOES 1-20 d/b/a NHENTAI.NET,<br><br>*Defendants,*<br><br>vs.<br><br>PCR DISTRIBUTING CO. and PCR DISTRIBUTING CO. d/b/a J18 Publishing and d/b/a JAST USA<br>*Counter-Defendants.* | Case No. 2:24-cv-07453- CVD-AJR<br><br>**STIPULATION and [PROPOSED] ORDER ON X SEPARATOR LLC'S MOTION TO STAY DEADLINE ON EMERGENCY BASIS**<br><br>Hon. Magistrate A. Joel Richlin<br>Date: November 19, 2026 – 10:00 am<br>ZOOM |

WHEREAS on or around November 4, 2026, counsel for Plaintiff served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on Bank of America, N.A. ("Subpoena").

WHEREAS the Subpoena provides a compliance deadline for Bank of America, N.A. to respond to the Subpoena by November 23, 2026.

WHEREAS counsel for Plaintiff and counsel for Defendant have conferred regarding Defendant's opposition to the Subpoena.

WHEREAS, after meeting and conferring regarding the Subpoena, the parties were unable to resolve their dispute.

WHEREAS on November 17, 2026, Defendant filed a Motion to Quash Subpoena, for Protective Order, and to Stay Deadline on Emergency Basis (the "Motion") requesting that the Court quash the Subpoena, enter a protective order as to the information sought in the Subpoena, and for a stay of the November 23rd compliance deadline set forth in the Subpoena.

WHEREAS Magistrate Richlin held an informal discovery conference on November 19, 2026.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel that the November 23, 2026 deadline set forth in Plaintiff PCR Distributing Co.'s subpoena to Bank of America, N.A. is STAYED pending the Court's final resolution of the Motion.

IT IS FURTHER STIPULATED that Bank of America, N.A. shall not provide Plaintiff any information pursuant to the subpoena or otherwise until directed by this Court.

IT IS FURTHER STIPULATED that if any such information has already been produced to Plaintiff's counsel pursuant to the Subpoena, Plaintiff's counsel will quarantine and not conduct any review of such materials pending the Court's final resolution of the Motion.

**DATED**: November 19, 2026 Respectfully submitted,

By: _/s Eric Bjorgum_______
Eric Bjorgum
(State Bar No. 198392)
Eric.bjorgum@bjorgumlaw.com
**BJORGUM LAW, PC**
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone: (213) 596-6390
Facsimile: (213) 596-6399

**ATTORNEYS FOR PLAINTIFF PCR DISTRIBUTING CO.**

By: _/s Jennifer Rynell_______
John T. Wilson*
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak
State Bar No. 91510
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard
Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR DEFENDANT X SEPARATOR LLC**