[Proposed] **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the November 23, 2026 deadline set forth in Plaintiff PCR Distributing Co.'s subpoena to Bank of America, N.A. is STAYED pending the Court's final resolution of the Motion.

IT IS FURTHER ORDERED that Bank of America, N.A. shall not provide Plaintiff any information pursuant to the subpoena or otherwise until directed by this Court.

IT IS FURTHER ORDERED that if any such information has already been or is produced to Plaintiff's counsel pursuant to the Subpoena, Plaintiff's counsel will immediately notify counsel for Defendant and either 1) quarantine and not conduct any review of such materials pending the Court's final resolution of the Motion; or 2) provide counsel for Defendants a certificate of destruction from third-party document destruction service.

SO ORDERED this ______ day of _________________, 2026.

____________________________________

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE